B5 (Official Form 5) (12/07)    FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| **IN RE** (Name of Debtor - If Individual: Last, First, Middle)<br>American Housing Foundation<br><br>Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN<br>(If more than one, state all.) | **ALL OTHER NAMES** used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| **STREET ADDRESS OF DEBTOR** (No. and street, city, state, and zip code)<br>1800 S. Washington, Suite 311<br>Amarillo, TX 79102<br><br>COUNTY OF RESIDENCE OR<br>PRINCIPAL PLACE OF BUSINESS | **MAILING ADDRESS OF DEBTOR** (If different from street address) |
| **LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR** (If different from previously listed addresses) ||

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**
☐ Chapter 7    ■ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>■ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>Foundation | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>   11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>    or<br>3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)

| Robert L. Templeton | 4/21/09 |
|---|---|
| Name of Petitioner | Date Signed |

Name & Mailing Address of Individual Signing in Representative Capacity: Robert L. Templeton, P.O. Box 15010, Amarillo, TX 79105

X _[signature]_
David R. Langston  4/21/09

X _[signature]_  4/21/09
Signature of Attorney David Mullin  Date

Mullin Hoard & Brown, L.L.P.
Name of Attorney Firm (If any)
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, TX 79120
Address
Telephone No. (806) 372-5050

X _[signature]_
Signature of Petitioner or Representative (State title)

| Don Storseth | 4/21/09 |
|---|---|
| Name of Petitioner | Date Signed |

Name & Mailing Address of Individual Signing in Representative Capacity: Don Storseth, as Trustee of the Storseth Family Trust, 209 S. Arthur, Amarillo, TX 79102

X _[signature]_
David R. Langston  4/21/09

X _[signature]_  4/21/09
Signature of Attorney David Mullin  Date

Mullin Hoard & Brown, L.L.P.
Name of Attorney Firm (If any)
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, TX 79120
Address
Telephone No. (806) 372-5050

X _[signature]_
Signature of Petitioner or Representative (State title)

| Dennis Dougherty | 4/21/09 |
|---|---|
| Name of Petitioner | Date Signed |

Name & Mailing Address of Individual Signing in Representative Capacity: Dennis Dougherty, 209 S. Arthur, Amarillo, TX 79102

X _[signature]_
David R. Langston  4/21/09

X _[signature]_  4/21/09
Signature of Attorney David Mullin  Date

Mullin Hoard & Brown, L.L.P.
Name of Attorney Firm (If any)
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, TX 79120
Address
Telephone No. (806) 372-5050

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Robert Templeton<br>P.O. Box 15010<br>Amarillo, TX 79105 | Investment/Guaranty/Partnership Obligations | in excess of $5,100,000 |
| Storseth Family Trust<br>209 S. Arthur<br>Amarillo, TX 79102 | Investment/Guaranty/Partnership Obligations | in excess of $1,850,000 |
| Dennis Dougherty<br>209 S. Arthur<br>Amarillo, TX 79102 | Investment/Guaranty/Partnership Obligations | $9,000 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

2 continuation sheets attached

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

Paul King                                    4/21/09
Name of Petitioner                           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Paul King
10050 Meadowlake
Houston, TX 77042

X _____
Signature of Petitioner or Representative (State title)

Robert L. Templeton                          4/21/09
Name of Petitioner                           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Robert L. Templeton, as Trustee of the Frances Maddox Estate
P.O. Box 15010
Amarillo, TX 79105

X _____
Signature of Petitioner or Representative (State title)

Robert L. Templeton                          4/21/09
Name of Petitioner                           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Robert L. Templeton, President of Heron Land Company
P.O. Box 15010
Amarillo, TX 79105

---

X _____ 4/21/09
Signature of Attorney                        Date

Mullin Hoard & Brown, L.L.P.
Name of Attorney Firm (If any)
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, TX 79120
Address
Telephone No. (806) 372-5050

X David R. Langston 4/21/09
X David Mullin 4/21/09
Signature of Attorney David Mullin           Date

Mullin Hoard & Brown, L.L.P.
Name of Attorney Firm (If any)
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, TX 79120
Address
Telephone No. (806) 372-5050

X David R. Langston 4/21/09
X David Mullin 4/21/09
Signature of Attorney David Mullin           Date

Mullin Hoard & Brown, L.L.P.
Name of Attorney Firm (If any)
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, TX 79120
Address
Telephone No. (806) 372-5050

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Paul King<br>10050 Meadowlake<br>Houston, TX 77042 | Investment/Partnership Obligations/Guaranty | $13,500 |
| Frances Maddox Estate<br>P.O. Box 15010<br>Amarillo, TX 79105 | Note/Investment/Guaranty/Partnership Obligations | Amount of Claim in excess of $1,000,000 |
| Heron Land Company<br>P.O. Box 15010<br>Amarillo, TX 79105 | Investment/Guaranty/Partnership Obligations | Amount of Claim in excess of $700,000 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

2 continuation sheets attached

Name of Debtor: American Housing Foundation

B5 (Official Form 5) (12/07) - Page 2
Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Paul King
Signature of Petitioner or Representative (State title)

Paul King                    4/21/09
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Paul King
10050 Meadowlake
Houston, TX 77042

X /s/ Robert L. Templeton
Signature of Petitioner or Representative (State title)

Robert L. Templeton          4/21/09
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Robert L. Templeton, as Trustee of the Frances Maddox Estate
P.O. Box 15010
Amarillo, TX 79105

X /s/ Robert L. Templeton
Signature of Petitioner or Representative (State title)

Robert L. Templeton          4/21/09
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Robert L. Templeton, President of Heron Land Company
P.O. Box 15010
Amarillo, TX 79105

X /s/ David R. Langston                   4/21/09
Signature of Attorney                     Date

Mullin Hoard & Brown, L.L.P.
Name of Attorney Firm (If any)
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, TX 79120
Address
Telephone No. (806) 372-5050


X _____    4/21/09
Signature of Attorney David Mullin        Date

Mullin Hoard & Brown, L.L.P.
Name of Attorney Firm (If any)
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, TX 79120
Address
Telephone No. (806) 372-5050


X _____    4/21/09
Signature of Attorney David Mullin        Date

Mullin Hoard & Brown, L.L.P.
Name of Attorney Firm (If any)
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, TX 79120
Address
Telephone No. (806) 372-5050

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Paul King<br>10050 Meadowlake<br>Houston, TX 77042 | Investment/Partnership Obligations/Guaranty | $13,500 |
| Frances Maddox Estate<br>P.O. Box 15010<br>Amarillo, TX 79105 | Note/Investment/Guaranty/Partnership Obligations | Amount of Claim in excess of $1,000,000 |
| Heron Land Company<br>P.O. Box 15010<br>Amarillo, TX 79105 | Investment/Guaranty/Partnership Obligations | Amount of Claim in excess of $700,000 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>0.00 |

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ David N. Miller_
Signature of Petitioner or Representative (State title)

David Miller     4-21-09
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
David N. Miller
3004 Parker
Amarillo, TX 79109

X _/s/ David R. Langston_  4/21/09
X _/s/ David Mullin_  4/21/09
Signature of Attorney   David Mullin   Date

Mullin Hoard & Brown, L.L.P.
Name of Attorney Firm (If any)
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, TX 79120
Address
Telephone No. (806) 372-5050

X _/s/ Susan S. Miller_
Signature of Petitioner or Representative (State title)

Susan Miller    4-21-09
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Susan S. Miller
3004 Parker
Amarillo, TX 79109

X _/s/ David R. Langston_  4/21/09
X _/s/ David Mullin_  4/21/09
Signature of Attorney   David Mullin   Date

Mullin Hoard & Brown, L.L.P.
Name of Attorney Firm (If any)
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, TX 79120
Address
Telephone No. (806) 372-5050

X _____
Signature of Petitioner or Representative (State title)

_____
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney     Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| David Miller<br>3004 Parker<br>Amarillo, TX 79109 | Investment/Guaranty/Partnership Obligations | in excess of $1,000,000 |
| Susan Solomon Miller<br>3004 Parker<br>Amarillo, TX 79109 | Investment/Guaranty/Partnership Obligations | in excess of $27,000 |
| Clay Storseth<br>838 Melrose Hill<br>Los Angeles, CA 90029 | Investment/Guaranty/Partnership Obligations | $9,000 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

2 continuation sheets attached

Name of Debtor: **American Housing Foundation**

B5 (Official Form 5) (12/07) - Page 2  Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| X _____ Signature of Petitioner or Representative (State title) | X _____ Signature of Attorney / Date |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address / Telephone No. |
| X _____ Signature of Petitioner or Representative (State title) | X _____ Signature of Attorney / Date |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address / Telephone No. |
| X [signature] Clay Storseth / April 21, 09 | X [signatures] David R. Langston 4/21/09 / [signature] 4/21/09 Mullin Hoard & Brown, L.L.P. 500 S. Taylor, Suite 800 P.O. Box 31656 Amarillo, TX 79120 Telephone No. (806) 372-5050 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| David Miller 3004 Parker Amarillo, TX 79109 | Investment/Guaranty/Partnership Obligations | in excess of $1,000,000 |
| Susan Solomon Miller 3004 Parker Amarillo, TX 79109 | Investment/Guaranty/Partnership Obligations | in excess of $27,000 |
| Clay Storseth 838 Melrose Hill Los Angeles, CA 90029 | Investment/Guaranty/Partnership Obligations | $9,000 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $9,708,500 |

2 continuation sheets attached