MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
P.O. Box 2585
Lubbock, Texas 79408
Telephone: 806/765-7491
Facsimile: 806/765-0553
*Attorneys for the Unsecured Creditors Committee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **AMERICAN HOUSING FOUNDATION,** | § | **CASE NO. 09-20232-RLJ-11** |
| | § | **Hearing: March 22, 2010** |
| **Debtor-in-Possession** | § | **@ 1:30 p.m.** |

### UNSECURED CREDITORS COMMITTEE'S AMENDED OBJECTION TO CLAIM NO. 113 FILED BY MARTHA MONRREAL d/b/a AMERICAN RESTORATION

TO THE HONORABLE ROBERT L. JONES, U.S. Bankruptcy Judge:

NOW COMES, THE OFFICIAL UNSECURED CREDITORS COMMITTEE OF AMERICAN HOUSING FOUNDATION, on behalf of the bankruptcy estate of American Housing Foundation, and pursuant to 11 U.S.C. §502 and Federal Rule of Bankruptcy Procedure 3007 files this its Objection to Claim 113 filed by Martha Monrreal d/b/a American Restoration, ("Creditor"), and in support of such Objection would respectfully show the Court as follows:

### I.
### Introduction

1. The Movant herein is the Official Unsecured Creditors Committee ("Committee") of American Housing Foundation, the Debtor in the above-referenced bankruptcy proceedings.

2. On April 21, 2009, Robert L. Templeton, Don Storseth, Dennis Dougherty, Robert Templeton, Robert Templeton, Paul King, David N. Miller, Susan S. Miller filed a

Chapter 11 involuntary petition against Debtor in the United States Bankruptcy Court for the Northern District of Texas, Amarillo Division under Case No. 09-20232.

3. On June 11, 2009, the Debtor filed for voluntary Chapter 11 Bankruptcy in the United States Bankruptcy Court for the Northern District of Texas, Amarillo Division under Case No. 09-20373.

4. On July 17, 2009, the voluntary case (Case No. 09-20373) was consolidated into the involuntary bankruptcy case of American Housing Foundation (Case No. 09-20232), (the "Consolidated Case").

5. The 341 Meeting of Creditors was held in the Consolidated Case on July 9, 2009.

6. The deadline for filing proofs of claim in the Consolidated Case was October 7, 2009.

7. On December 4, 2009, the Court entered an Order Approving Debtor's Motion to Delegate Authority to the Official Unsecured Creditors' Committee for Pursuit of Certain Actions on Behalf of the Bankruptcy Estate.

## II.
## Objection to Claims

1. On or about October 7, 2009, Creditor filed Claim Number 113 against Debtor in Case No. 09-20373 in the amount of $18,813.47.

2. Movant objects to Creditor's proof of claim as claim shows debt is not a debt of American Housing Foundation, but actually a debt of DHEOP, LLC d/b/a Green Crossing Apartments.

3. For these reasons, the Court should deny Creditor's claim.

WHEREFORE, PREMISES CONSIDERED, the Unsecured Creditors Committee prays that the Court, after notice and if a response to this Objection is filed, hearing, grant the relief

sought in this motion and prays for such other relief at law or equity as the Court may determine is just and right under the circumstances.

### NOTICE OF HEARING AND OPPORTUNITY FOR OBJECTION

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, FEDERAL BUILDING, 624 S. POLK - SUITE 100 AMARILLO, TEXAS 79101 BEFORE CLOSE OF BUSINESS ON APRIL 28, 2010, WHICH IS AT LEAST THIRTY (30) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.

IN THE EVENT ANY OBJECTION TO THIS MOTION IS FILED, A HEARING HAS BEEN SCHEDULED BY THE BANKRUPTCY COURT ON THIS MOTION FOR  THURSDAY, MAY 20, 2010 AT 1:30 P.M. IN THE U.S. BANKRUPTCY COURTROOM LOCATED AT 624 S. POLK – SUITE 100 ,AMARILLO, TEXAS.

IF NO HEARING ON SUCH MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

Respectfully submitted,

/s/ David R. Langston
David R. Langston

MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN 11923800
Lawrence M. Doss, SBN 24012544
1500 Broadway, Ste. 700
P. O. Box 2585
Lubbock, Texas  79408-2585
(806) 765-7491 -- Phone
(806) 765-0553 – Fax

*-And-*

**MULLIN HOARD & BROWN, L.L.P.**

David Mullin, SBN 14651600
John M. Brown, SBN 03142500
Tony Kirkwood, SBN 24032508
800 Amarillo National Plaza Two
500 South Taylor
P. O. Box 31656
Amarillo, Texas  79120-1656
(806) 372-5050 -- Phone
(806) 372-5086 -- Fax
***Attorneys for the Unsecured Creditors Committee***

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was mailed by regular first class mail, postage prepaid and/or sent via ECF on this the **29** day of March, 2010 to the following listed parties in interest:

1. Ms. Mary Frances Durham
   U.S. Trustee's Office
   1100 Commerce Street
   Room 9C60
   Dallas, Texas 75242

2. Martha Monrreal
   1819 Duke Drive
   Richardson, Texas 75081

3. All parties in interest requesting notice via ECFs

/s/ David R. Langston
David R. Langston