John Thomas Boyd, Jr.
LYNCH, HANNA & BOYD, PLLC
500 S. Taylor, LB 267
Amarillo, TX  79101
State Bar No. 02772300
Tel.  (806) 379-6416
FAX (806) 379-8504
Email: tboyd@amaonline.com

*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| AMERICAN HOUSING FOUNDATION, | § | CASE NO. 09-20232-rlj11 |
| | § | |
| Debtor | § | |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing has been scheduled on the Motion to Employ Boyd & Associates as Special Counsel for American Housing Foundation Nunc Pro Tunc filed by American Housing Foundation, for April 15, 2010, at 1:30 p.m. at the following location:

**UNITED STATES BANKRUPTCY COURT
624 SOUTH POLK STREET, ROOM 100
AMARILLO, TEXAS  79101**

Respectfully Submitted

John Thomas Boyd Jr.
LYNCH, HANNA & BOYD, PLLC
500 South Taylor Street, Lobby Box 267
Amarillo, Texas  79101-2442
(806) 379-6416; FAX (806) 379-8504

ATTORNEY FOR DEBTOR

By: /s/ Tom Boyd
    Tom Boyd, State Bar No. 02772300

## CERTIFICATE OF SERVICE

I certify that on April 1, 2010, a copy of the foregoing motion was served by U.S. Mail, approved electronic means, or by hand delivery, upon the following parties and/or their attorneys who have appeared in this cause:

> Ms. Mary Frances Durham
> U.S. Trustee's Office
> 1100 Commerce Street
> Room 9C60
> Dallas, Texas 75242

All creditors and parties in interest registered with the U. S. Bankruptcy Court to receive electronic notices in this case.

/s/ Tom Boyd_____
Tom Boyd