Dan G. Young
McCLESKEY, HARRIGER, BRAZILL & GRAF
P. O. Drawer 6170
Lubbock, TX  79493-6170
(806) 796-7322
ATTORNEYS FOR ANCHOR COMMUNITY SERVICES, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| AMERICAN HOUSING FOUNDATION, § | CASE NO. 09-20232-RLJ-11 |
| § | |
| Debtor. § | |

**OBJECTION OF ANCHOR COMMUNITY SERVICES, INC.
TO DISCLOSURE STATEMENT TO FIRST AMENDED PLAN OF REORGANIZATION
PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS DATED MARCH 28, 2010**

**NOW COMES** Anchor Community Services, Inc. and files this its Objection to Disclosure Statement to First Amended Plan of Reorganization Proposed by the Official Committee of Unsecured Creditors Dated March 28, 2010 and would show as follows:

1. Anchor filed secured claim No. 27 on September 1, 2009.

2. The Unsecured Creditors Committee objected to Anchor's claim on January 21, 2010.

3. The disclosure statement does not give Anchor sufficient information to allow it to make an informed decision about the Debtor's amended plan and the treatment of Anchor's claim.

WHEREFORE, Anchor Community Service, Inc. prays that the Disclosure Statement to the First Amended Plan of Reorganization Proposed by the Official Committee of Unsecured Creditors Dated March 28, 2010 be denied approval at this time.

Respectfully submitted,

**McCLESKEY, HARRIGER,
 BRAZILL & GRAF, L.L.P.**
P. O. Drawer 6170
Lubbock, Texas 79493-6170
Telephone (806) 796-7322
Facsimile (806) 796-7365


By: /s/ Dan G. Young
    Dan G. Young
    State Bar No. 22177250


### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was sent on this the 5th day of April, 2010, filed electronically and transmitted thereby to all parties who have requested an appearance herein and who receive electronic notice of the filings in this case:

David R. Langston
P.O. Box 2585
Lubbock, TX 79408
**ATTORNEYS FOR UNSECURED
CREDITOR'S COMMITTEE**

Ms. Mary Frances Durham
U.S. Trustee's Office
1100 Commerce Street, Room 976
Dallas, Texas 75242

Mullin, Hoard & Brown, L.L.P.
P.O. Box 31656
Amarillo, Texas 79120
**ATTORNEYS FOR UNSECURED
CREDITOR'S COMMITTEE**


/s/ Dan G. Young
Dan G. Young