# EXHIBIT "A"

| LLNI Bill Dated April 30, 2009 | | | | | | | |
| | | | | | | | |
| Fees | | | | | Expenses | | |
| | | | | | | | |
| Timekeeper | Hours | Billing Rate | | Amount | | Date | Description | Amount |
| | | | | | | | |
| John Lovell | 12.02 | $ | 325.00 | $ | 3,906.50 | | | |
| | | | | | | | |
| Joe Lovell | 16.16 | $ | 300.00 | $ | 4,848.00 | | | |
| | | | | | | | |
| Kevin Isern | 0.21 | $ | 250.00 | $ | 52.50 | | | |
| | | | | | | | |
| Deborah Reeves | 11 | $ | 225.00 | $ | 2,475.00 | | | |
| | | | | | | | |
| Paula Jaramillo | 5.36 | $ | 80.00 | $ | 428.80 | | | |
| | | | | | | | |
| Tracy Olivarez | 10.755 | $ | 80.00 | $ | 860.40 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTALS | 55.505 | | | $ | 12,571.20 | | | |

John H. Lovell ◇
Joe L. Lovell ◇ † ‡
Tim Newsom † ‡
Kevin A. Isern † ‡
Brad B. Boyd
Courtney D. Miller
Greg S. Freeman
Deborah D. Reeves



◇ Board Certified Civil Trial Law
Texas Board of Legal Specialization

† Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

‡ Board Certified Civil Trial Advocate
National Board of Trial Advocacy

A Limited Liability Partnership
Attorneys Licensed in Texas, New Mexico, Oklahoma & Mississippi

April 30, 2009

**John H. Lovell**:

| | | |
|---|---|---|
| 4/14/09 | Meet with RLT and DM. Discuss case facts, claims, get info and evidence. Meet with partners regarding conflict issues. | 2.06 hours |
| 4/15/09 | Call from Templeton. Conference with attorneys regarding needs of case, dealing with potential conflicts. Call with RLT. Call with Mullin. Emails to Mullin. | 1.03 hours |
| 4/15/09 | Calls from RLT. Conference with partners regarding dealing with AHF matters. Call with Mullin. | 1.03 hours |
| 4/15/09 | Partner emails regarding AHF matter, my prediction on where it is headed. Meet with JLL, Mullin, DM. | 4.12 hours |
| 4/17/09 | Meet with Burgesses (Coney, Campbell, Carson) regarding AHF/Steve Sterquell matter | 1.20 hours |
| 4/20/09 | Call RLT (0.13 hours);<br><br>Calls with TJO and JLL regarding involuntary bankruptcy (0.09 hours) | 0.22 hours |
| 4/21/09 | Go over schedule of insurance, involuntary petition, emails, etc. | 0.30 hours |
| 4/22/09 | Call Langston, Hoard regarding gap rules; leave messages (0.09 hours);<br><br>Late PM call with Langston regarding bankruptcy, gap rules, background facts, etc. Late, late voice mail from RLT and Don Storseth (0.51 hours) | 0.60 hours |

| | | |
|---|---|---|
| 4/23/09 | Emails on claimed violation of automatic stay (0.26 hours); | |
| | Bankruptcy research on involuntary petitions (0.26 hours) | 0.52 hours |
| 4/24/09 | Review emails on status.  Conference call with JLL, DR, Mullin, DL.  Plans, coordinate (.85 hours); | |
| | Go over Mullin letter to MFRP, give okay to send (0.09 hours) | 0.94 hours |

**Total Time for John Lovell**                     **12.02 hours @ $325/hour = $3,906.50**


**Joe L. Lovell**:

| | | |
|---|---|---|
| 4/15/09 | Review notebook delivered by RLT | 1.07 hours |
| 4/16/09 | Meeting with RLT and David Miller (1.55 hours); | |
| | Conference with JHL, KAI and TDN about same (.69 hours); | |
| | Meeting with David Miller, JHL and David Mullin to discuss case strategy (1.98 hours); | |
| | Conference with KAI, TC to Burgesses to set up meeting (.6 hours); | |
| | TC w/Mullin about latest (.13 hours) | 4.95 hours |
| 4/17/09 | TCs with RLT and Mullin (.64 hours); | |
| | Meeting with Coney, Campbell, Carson and Mrs. Burgesses and JHL & KAI to go over it all; another TC with RLT during the meeting (1.72 hours) | 2.36 hours |
| 4/20/09 | Conference with CDM about legal research and what I need her to help us do (0.6 hours); | |
| | TC w/RLT about latest and what to do (0.17 hours); | |
| | TCs with Hoard and RLT about involuntary bankruptcy (0.43 hours); | |
| | TCs with RLT, Campbell, Mullin about what we are learning, who is doing what, and what we need to do (0.52 hours) | 1.72 hours |

| | | |
|---|---|---|
| 4/21/09 | Review legal research (0.43 hours); | |
| | Conference with KAI about coordination (0.26 hours); | |
| | TCs and emails with RLT and Mullin (0.75 hours) | 1.44 hours |
| 4/22/09 | Review and send numerous emails and latest events and things to do | 0.21 hours |
| 4/24/09 | Summit conference call with Mullin, JHL, Mozola, Langston, DR. We all discussed who was doing, status of the bankruptcy and what we can and cannot do, and what steps were needed next and who would do those things (.86 hours); | |
| | Post summit call conference with JHL, DR & TJO.  TC to potential consultant in Dallas to get info on professionals to be or help trustee for AHF (0.34 hours); | |
| | TC with potential consultants about same (.94 hours); | |
| | TC with & emails to Mullin to report what I had learned (0.69 hours); | |
| | R&R demand for records letters (0.17 hours); | |
| | TC w/Coney to update (0.6 hours); and | |
| | TC w/Andy to discuss info needed, etc.  (0.47 hours) | 4.07 hours |
| 4/27/09 | TC with potential consultants about persons and companies to act as trustee and help manage AHF. | 0.34 hours |

**Total Time for Joe Lovell**                    **16.16 hours @ $300/hour = $4,848.00**

**Deborah D. Reeves**:

| | | |
|---|---|---|
| 4/21/09 | Analysis of information provided by clients regarding investments, notes, subscription agreements, guaranties, related agreements | 2.32 hours |
| 4/23/09 | Conduct research re: Bankruptcy Code Sections 303, 363 and related stay provisions, as well as analysis of annotations | 1.73 hours |

| | | |
|---|---|---|
| 4/24/09 | Conference call with Mullin Hoard & Brown attorneys re: involuntary bankruptcy proceeding, procedural strategy in state court, tasks to be done (.86 hours); | |
| | Subsequent meeting with Joe Lovell, John Lovell, Tracy Oliveraz re: tasks to be done (0.34 hours); | |
| | Work on requests for production in connection with AHF information wanted (1.8 hours) | 3.00 hours |
| 4/27/09 | Continue working on Requests for Production relating to items of AHF and its entities (1.89 hours); | |
| | Receive and review emails and respond to same (.26 hours) | 2.15 hours |
| 4/27/09 | Search CLE materials for articles on involuntary bankruptcy, bankruptcy discovery | 1.80 hours |

**Total Time for Deborah Reeves**          **11.00 hours @ $225/hour = $2,475.00**


**Kevin A. Isern**:

| | | |
|---|---|---|
| 4/22/09 | T/C with JLL and David Mullin re AHF cases in general and factual background | 0.21 hour |

**Total Time for Kevin Isern**          **0.21 hour @ $250/hour = $52.50**


**Paula E. Jaramillo:**

| | | |
|---|---|---|
| 4/16/09 | Emails from John on Steve Sterquell and entities; look to see if a probate has been filed; SOS name search on Multi-Family Rehab Partners, did not locate an entity; searched Potter and Randall clerk's records for assumed name for this entity; SOS search on Steve Sterquell name, where it shows up; printed approximately 27 pages of entities; discuss with JHL | 3.43 hours |
| 4/20/09 | Discuss with Deborah; get her table of entities | 0.21 hour |
| 4/22/09 | Discuss additional entity with Deborah; SOS search on WGGL Sub, has related entities, and mergers; search all related entities; give results to Deborah, discuss | 1.29 hours |

| 4/24/09 | Discuss discovery with Deborah Reeves; locate interrogatories; email to her | 0.43 hour |

**Total Time for Paula Jaramillo**          **5.36 hours @ $80/hour = $428.80**

**Tracy J. Olivarez:**

| 4/18/09 | Set up shell of table based on JLL's email of what info to look for; email to JLL; pick up notebooks and began reading | 2.58 hours |
| 4/19/09 | Continue reading notebooks and preparing table of info per JLL's email | 4.29 hours |
| 4/24/09 | Email from David Langston re: summit; email from David Mullin re: summit; schedule/calendar summit; telephone call from Erica; email from DR re: attend summit; meeting with JLL, JHL and DR; email from JLL to Tony to save/collect info from AHF website | 3.88 hours |

**Total Time for Tracy Olivarez**          **10.75 hours @ $80.00/hour = $860.40**

| LLNI Bill Dated May 31, 2009 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Fees** | | | | | **Expenses** | | |
| **Timekeeper** | **Hours** | **Billing Rate** | | **Amount** | | **Date** | **Description** | **Amount** |
| John Lovell | 8.84 | $ 325.00 | $ | 2,873.00 | | | | |
| Joe Lovell | 1.07 | $ 300.00 | $ | 321.00 | | | | |
| Deborah Reeves | 0.86 | $ 225.00 | $ | 193.50 | | | | |
| Deborah Reeves | 0.34 | $ - | $ | - | | | | |
| Tracy Olivarez | 2.14 | $ 80.00 | $ | 171.20 | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **TOTALS** | **13.25** | | $ | **3,558.70** | | | | |



John H. Lovell ◇
Joe L. Lovell ◇ † ‡
Tim Newsom † ‡
Kevin A. Isern † ‡
Brad B. Boyd
Courtney D. Miller
Greg S. Freeman
Deborah D. Reeves

◇ Board Certified Civil Trial Law
Texas Board of Legal Specialization

† Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

‡ Board Certified Civil Trial Advocate
National Board of Trial Advocacy

A Limited Liability Partnership
Attorneys Licensed in Texas, New Mexico, Oklahoma & Mississippi

May 31 2009


**John H. Lovell**:

| | | |
|---|---|---|
| 5/1/09 | Catch up on today's emails regarding the involuntary petition | 0.17 hours |
| 5/4/09 | Meeting at American Housing Foundation office with Yaquinto, Sterk, Rick Crawford, Pam; and RLT, D. Miller, Attebury.  Later meeting among our lawyers and clients.  Emails and correspondence (2.83 hours); | |
| | Call with RLT about today's meetings (0.17 hours) | 3.00 hours |
| 5/5/09 | Call RLT, talk to TJO re: partnership identity per various documents (0.08 hours); | |
| | call from RLT re: Hurike (0.13 hours); | |
| | emails to Mullin to request Hurike documents of Yaquinto (0.17 hours); | |
| | Calls with RLT, emails and letters re: WI Hurike (0.47 hours) | 0.85 hour |
| 5/6/09 | Review correspondence to Yaquinto, tables. | 0.13 hour |
| 5/7/09 | Letters to Yaquinto about production of Herring documents.  Letter to Riney re: Herring files (0.17 hours); | |
| | Get in some more into on life insurance policies (0.30 hours); and | |
| | Call from Mullin and RLT (0.21 hours) | 0.68 hour |
| 5/7/09 | Work on correspondence.  P&R | 0.27 hour |
| 5/13/09 | Review motion for examiner.  Email questions and comments. | 0.38 hour |

| | | |
|---|---|---|
| 5/15/09 | Read motion to quash (0.09 hour); | |
| | Conference with JLL and Mullin re: Henry Davis, need for separate counsel.  Getting a judge appointed who will hear these cases (0.21 hour); | |
| | Discuss SS and Plan litigation with JLL and DR (0.13 hour); | |
| | Conferences and emails with DR re: parties.  Emails with attorneys discussing fradulent transfer claims, where to litigate, stay matters (0.13 hour); and | |
| | Emails re: discovery to seek in suit against SS estate.  Discuss RFP with DR (0.64 hour) | 1.20 hours |
| 5/15/09 | Read bankruptcy pleadings. | 0.09 hour |
| 5/19/09 | Email correspondence re: adversary proceeding, injunction | 0.21 hour |
| 5/21/09 | Read emails on probate court claims, insurance policies, response from Yaquinto, et al re: life insurance | 0.31 hour |
| 5/22/09 | Review memos, emails on status of litigation. | 0.85 hour |
| 5/26/09 | Review email files for information on insurance policies. | 0.43 hour |
| 5/29/09 | Conference with Riney re: settlement proposal of Yaquinto. | 0.09 hour |
| | Emails with RLT re: fraudulent transfers and insurance policies. | 0.09 hour |
| | Review insurance documents, bankruptcy filing. | 0.09 hour |

**Total Time for John H. Lovell**           **8.84 hours @ $325/hour = $2,873.00**

**Joe L. Lovell**:

| | | |
|---|---|---|
| 5/7/09 | Speak to Coney (0.18 hour); | |
| | Review emails about life insurance information (0.25 hour) | 0.43 hour |
| 5/15/09 | Bankruptcy: Review emails and forward info to clients | 0.64 hour |

**Total Time for Joe Lovell**           **1.07 hours @ $300/hour = $321.00**

**Deborah D. Reeves**:

| | | |
|---|---|---|
| 5/2/09 | ***No charge***: office conference with JHL re: involuntary bankruptcy, Riney's bankruptcy experience. | 0.17 hours |
| 5/15/09 | Analysis of Bankruptcy Joinder Filing pertaining to Herring | 0.34 hour |
| 5/15/09 | General: Receipt and review emails re: new filings, bankruptcy, tasks to be done | 0.52 hour |
| 5/20/09 | ***No charge:*** review bankruptcy case from Northern District re: non-profit apartment complex challenging involuntary bankruptcy | 0.17 hour |

**Total Time for Deborah Reeves**                    **0.86 hour @ $225/hour = $193.50**
                                                     **0.34 hour @ No Charge**


**Tracy J. Olivarez:**

| | | |
|---|---|---|
| 5/19/09 | Email from JLL re: telephonic hearing with bankruptcy judge and AHF motion to dismiss hearing; email from Erica Anderson re: project that entails pulling SOS records; telephone conversation with Erica regarding same | 0.43 hour |
| 5/20/09 | Telephone call to Erica regarding declarations; email to Mitzi re: declarations for Burgess family entities | 0.22 hour |
| 5/27/09 | Reading insurance policies; emails between Erica and PEJ regarding lien records | 0.85 hour |
| 5/29/09 | Notice of various bankruptcy filings; showed JHL how to access bankruptcy filings online; email from Erica re: copies of bankruptcy notebooks; preliminary insurance chart; current insurance chart wasn't pepared by MHB | 0.64 hour |

**Total Hours for Tracy Olivarez**          **2.14 hours @ $80.00 per hour = $171.20**

| LLNI Bill Dated June 30, 2009 | | | | | | |
|---|---|---|---|---|---|---|
| **Fees** | | | | **Expenses** | | |
| **Timekeeper** | **Hours** | **Billing Rate** | **Amount** | **Date** | **Description** | **Amount** |
| John Lovell | 18.75 | $ 325.00 | $ 6,093.75 | 6/11/2009 | John Lovell Mileage to Lubbock for hearing | $120.29 |
| Joe Lovell | 3.91 | $ 300.00 | $ 1,173.00 | | **Magic Media** | |
| | | | | 6/23/2009 | Computer Inspection | $379.79 |
| Kevin Isern | 0 | $ 250.00 | $ - | 6/30/2009 | Download AHF Website | $77.51 |
| Deborah Reeves | 5.55 | $ 225.00 | $ 1,248.75 | 6/30/2009 | Postage | $7.46 |
| Paula Jaramillo | 9.12 | $ 80.00 | $ 729.60 | 6/30/2009 | Copies | $78.94 |
| Paula Jaramillo | 1.51 | No Charge | 0 | | | |
| Tracy Olivarez | 0.43 | $ 80.00 | $ 34.40 | | | |
| Debbie Simpson | 80.12 | $ 80.00 | $ 6,409.60 | | **TOTAL** | **$663.99** |
| Debbie Simpson | 1.95 | No Charge | 0 | | | |
| **TOTALS** | **121.34** | | **$ 15,689.10** | | | |



John H. Lovell ◇
Joe L. Lovell ◇ † ‡
Tim Newsom † ‡
Kevin A. Isern † ‡
Brad B. Boyd
Courtney D. Miller
Greg S. Freeman
Deborah D. Reeves

◇ Board Certified Civil Trial Law
Texas Board of Legal Specialization

† Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

‡ Board Certified Civil Trial Advocate
National Board of Trial Advocacy

A Limited Liability Partnership
Attorneys Licensed in Texas, New Mexico, Oklahoma & Mississippi

June 30, 2009

## John H. Lovell:

| | | |
|---|---|---|
| 6/4/09 | Call from Langston re: lift stay motion by Wells Fargo.  Read pleadings and emails re: lift stay motion, calendar deadlines, etc. Call. | 1.13 hours |
| 6/5/09 | Emails, esp re: bringing state court claims in bankruptcy adversary proceeding | 0.26 hour |
| 6/5/09 | Update with DR on events of last 3 days, discussion of state law claims in adversary proceeding.  Suggest brief for bankruptcy court. | 0.22 hour |
| 6/8/09 | Read brief on motion to dismiss adversary proceeding, comments re: state law ft. claims (0.39 hour); and | |
| | Calls with RLT, D. Langston (0.35 hour) | 0.74 houor |
| 6/9/09 | Read over Yaquinto's exhibit and witness list.  Read memo on state law FT claims in bankruptcy court.  Transmit emails re:.  Review emails of the day re:. | 0.61 hour |
| 6/11/09 | Review injunction briefing (0.09 hour); | |
| | Conference with DR re: FT claim against Marshallette and Estate (0.13 hour); | |
| | Correspondence, esp. in preparation for hearing (0.35 hour); and | |
| | To Lubbock for settlement conferences, hearings.   Settlement meetings.  To Court.  Wait for call in by attorney stuck in Dallas. Settlement announcement.  Return to Amarillo (6.60 hours) | 7.17 hours |

| 6/12/09 | Update DR on pleadings, claims being made, what occurred in Lubbock Thursday. | 0.87 hours |
|---|---|---|
| 6/12/09 | Email to Herring on status of proceedings, new FT suit, preference issues. | 0.22 hour |
| 6/15/09 | Emails on proceedings and decisions (0.13 hour); | |
| | Meet with JLL and DR to go over cases, case status, bankruptcy matters, adversary proceedings, to dos (0.95 hours); and | |
| | Detailed planning and delegation of duties.  Conference with Mozola re: getting info from AHF, pass on to JLL (1.91 hours) | 2.99 hours |
| 6/17/09 | Review email correspondence (0.13 hour); | |
| | Emails re: document confidentiality, or not (0.09 hour); and | |
| | Correspondence (0.13 hour) | 0.35 hour |
| 6/19/09 | Go over voicemail calls (0.09 hour); | |
| | P & R correspondence re: service of summons (0.17 hour); | |
| | Call from Mullin, Mozola.  Review emails (0.82 hour); | |
| | Inquiry of TJO on pleadings, probate claim.  Review title search info, transmit (0.26 hour); | |
| | Correspondence re: consolidation (0.17 hour); | |
| | Conference with Riney, email re: artwork (0.09 hour); | |
| | Correspondence re: another potential fraudulent transfer (0.22 hour); and | |
| | Read new pleadings (0.52 hour) | 2.34 hours |
| 6/24/09 | Conference with DR re: meeting, status of proceedings (0.52 hour); | |
| | Conference with JLL and RLT (0.78 hour); | |
| | Read first lift stay motion (0.17 hour); | |
| | Correspondence (0.13 hour); and | |

|  | Letter to AHF asking for consent for Wells Fargo to release documents (0.25 hour) | 1.85 hours |
|---|---|---|

**Total Time for John H. Lovell**              **18.75 hours @ $325/hour = $6,093.75**

**Joe L. Lovell**:

| 6/19/09 | Go to AHF w/Tony Dixon for Sterquell hard drive copying. End up in conferences and TCs with White, Crawford and Palmer about them not giving us opportunity to mirror image the hard drive. Work out temporary compromise to copy the hard drive and seal the copy until White could review for privilege. Conferences with Dixon, Mullin's IT guy and David Doan about the AHF computer/server/cell phone system | 2.17 hours |
|---|---|---|
| 6/23/09 | Attorney meeting with client groups @ MHB to discuss overall strategy: RLT, Miller, B. Attebury, E. Attebury, Dougherty, Storseth, Campbell Burgess, Mullin, Brown, Reeves, Puckett, JLL | 1.74 hours |

**Total Time for Joe Lovell**              **3.91 hours @ $300/hour = $1,173.00**

**Deborah D. Reeves**:

| 6/5/09 | Conduct research re: bankruptcy trustee filing an adversary proceeding based on state law under Ch. 24 of the Texas Business and Commerce Code, look-back periods | 2.0 hours |
|---|---|---|
| 6/8/09 | Prepare memo re: Section 544(b) of the Bankruptcy Code re: fraudulent transfers and ability to use state law in the bankruptcy proceeding. | 1.04 hours |
| 6/13/09 | Review Northern District of Texas Local Bankruptcy Rules re: adversary proceedings | 0.69 hours |
| 6/13/09 | Prepare correspondence to John Lovell re: local bankruptcy rules | 0.17 hours |
| 6/15/09 | Meet with Joe and John Lovell re: update on all proceedings, tasks that need to be done, strategy | 1.48 hours |
| 6/16/09 | Prepare deposition notice for Steve Sterquell, II. | 0.17 hour |

**Total Time for Deborah Reeves**              **5.55 hours @ $225/hour = $1,248.75**

**Paula E. Jaramillo**:

| | | |
|---|---|---|
| 6/3/09 | Discuss lien search with Deborah; call with Erica on scope of search; emails with Erica obtaining additional county information to search for liens; print list of entities Steve Sterquell involved in that appear at SOS; go over list with Debbie and Deborah and explain project; get websites for Debbie for her to search grantor/grantee indices for liens; email to JHL; questions from Debbie throughout the day | 2.17 hours |
| 6/4/09 | Questions from Debbie on searches | 0.22 hours |
| 6/16/09 | *No Charge* - Received filing notice of scheduling order in adversary; calendar trial on JHL's calendar; discuss with Tracy | 0.43 hours |
| 6/17/09 | Call from Erica on lien spreadsheet; check with Debbie on her progress, go over how many instruments have been recorded, plans for reviewing documents; check in from Tracy on spreadsheet; email to Erica with information on Potter County liens; email from Erica, try calling her back, leave message | 0.87 hours |
| 6/18/09 | Email with Erica on additional entities to do searches on; print a copy for Debbie; call with Erica on lien searches on their end tied to financial statements, discuss how to coordinate work without being duplicative; print today's bankruptcy filings and get to Tracy; discussion with Tracy on adversary alternative schedule order; email from Erica with recap of today's conversations; email from Tony Kirkwood; email from Debbie with current draft of lien spreadsheet; print and review; questions for Debbie on additional counties she has left. | 2.82 hours |
| 6/19/09 | *No Charge* - Print today's bankruptcy filing and get to Tracy; check with Deborah to see if she wants her own copy of filings, copy pleadings she needs from bankruptcy case | 0.65 hour |
| 6/23/09 | *No Charge* - Printed today's filings; copy of motion to stay (w/o exhibits) to Deborah; also give her a copy of notice of hearing | 0.43 hour |
| 6/29/09 | Received spreadsheet from Debbie, reviewed; met with Debbie and go over; email to Joe and John; emails from Joe and John; email spreadsheet to Erica; p.m. emails with Erica on spreadsheet and copies they may need of documents; print filings and save to server; copy of proposed order for Deborah | 2.17 hours |

| 6/30/09 | Two calls with Erica on lien spreadsheet; call with Tony Kirkwood; moved AHF notices into subfile for easier access to them if needed again | 0.87 hours |

**Total Time for Paula Jaramillo**          **9.12 hours @ $80/hour = $729.60**
                                            **1.51 hours @ No Charge**


**Debbie Simpson**:

| 6/3/09 | Conference with PEJ and DR regarding lien search on all Sterquell entities | 0.43 hour |
| 6/4/09 | Continue lien search on Texas Land Records for Steve Sterquell, American Housing Foundation, and all related entities in Potter, Randall, Hidalgo, Harris, McLennan and Dallas Counties | 6.79 hours |
| 6/5/09 | Continue lien search on Texas Land Records for all Sterquell entities | 6.88 hours |
| 6/8/09 | Continue lien search for American Housing Foundation and Sterquell entities | 6.34 hours |
| 6/9/09 | Resume lien search on Sterquell and American Housing Foundation entities. | 6.67 hours |
| 6/10/09 | Continue online lien search for all Sterquell and American Housing Foundation entities | 6.60 hours |
| 6/11/09 | Continue lien search; begin matching liens with releases | 4.30 hours |
| 6/12/09 | Continue to match releases with liens. | 5.16 hours |
| 6/15/09 | Continue matching liens and releases; enter all liens and releases into spreadsheet | 2.76 hours |
| 6/15/09 | Continue work on lien spreadsheet | 2.34 hours |
| 6/16/09 | Work on lien spreadsheet. | 0.89 hours |
| 6/17/09 | Work on lien spreadsheet | 6.01 hours |
| 6/18/09 | Work on lien spreadsheet | 5.24 hours |
| 6/19/09 | Work on lien spreadsheet | 6.55 hours |

| | | |
|---|---|---|
| 6/23/09 | Work on lien spreadsheet | 3.04 hours |
| 6/24/09 | Work on lien spreadsheet | 1.32 hours |
| 6/25/09 | Work on lien spreadsheet | 3.41 hours |
| 6/26/09 | Work on lien spreadsheet | 2.12 hours |
| 6/29/09 | Finish lien spreadsheet; distribute; make additions to same (U.S. Bankruptcy Court claims) | 2.77 hours |
| 6/29/09 | *No Charge* - Prepare bankruptcy pleadings notebook for DDR | 1.95 hours |
| 6/30/09 | Review lien spreadsheet | 0.50 hour |

**Total Time for Debbie Simpson**       **80.12 hours @ $80/hour = $6,409.60**
                                        **1.95 hours @ No Charge**

**Tracy J. Olivarez:**

| | | |
|---|---|---|
| 6/18/09 | Deletions and additions to JLL's hearing notebook; issues with insurance policies, not needing to produce redacted copies | .50 hour |

**Total hours for Tracy Olivarez**       **0.43 hours @ $80/hour = $34.40**

| LLNI Bill Dated July 31, 2009 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |
| **Fees** | | | | | **Expenses** | | |
| | | | | | | | |
| **Timekeeper** | **Hours** | **Billing Rate** | | **Amount** | | **Date** | **Description** | **Amount** |
| | | | | | | | |
| Joe Lovell | 11.53 | $ | 300.00 | $ | 3,459.00 | | | |
| | | | | | | | |
| Deborah Reeves | 0.29 | $ | 225.00 | $ | 65.25 | | | |
| | | | | | | | |
| Paula Jaramillo | 4.8 | No Charge | | $ | - | | | |
| | | | | | | | |
| Tracy Olivarez | 0.72 | No Charge | | 0 | | | | |
| | | | | | | | |
| Debbie Simpson | 5.45 | $ | 80.00 | $ | 436.00 | | | |
| | | | | | | | |
| **TOTALS** | **22.79** | | | **$** | **3,960.25** | | | |



John H. Lovell ◇
Joe L. Lovell ◇ † ‡
Tim Newsom † ‡
Kevin A. Isern † ‡
Brad B. Boyd
Courtney D. Miller
Greg S. Freeman
Deborah D. Reeves

◇ Board Certified Civil Trial Law
Texas Board of Legal Specialization

† Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

‡ Board Certified Civil Trial Advocate
National Board of Trial Advocacy

A Limited Liability Partnership
Attorneys Licensed in Texas, New Mexico, Oklahoma & Mississippi

July 31, 2009

**Joe L. Lovell**:

| | | |
|---|---|---|
| 7/7/09 | Read and respond to emails (0.38 hour); | |
| | TC w/Mullin, Brown & Mozola about multiple issues, including getting discovery of files from AHF (0.67 hour); and | |
| | TC with Tony about accomplishing this (0.29 hour) | 1.34 hours |
| 7/8/09 | Review and respond to emails (0.67); | |
| | TCs with Mullin & Mozola.  Discuss 341 meeting and desired creditors' committee (0.38) | 1.05 hours |
| 7/9/09 | Review and respond to emails and correspondence (0.67 hour); | |
| | Prep for 341 meeting (1.73 hours); | |
| | Attend and participate in 341 meeting (3.17 hours); | |
| | Post meeting conferences with Mullin, Langston, Brown about what happened and putting together the creditors' committee (1.25 hours); | |
| | Conference with Charles White about getting to look at certain AHF files (0.48); | |
| | Review and respond to emails (0.34 hour); | |
| | Emails to Campbell, Andy, JHL to report (0.77 hour); | |
| | Put together into for trustee on Herring Bank's claims and Campbell (0.29 hour); | |

|         | Letter to Yaquinto about the incorrect AHF schedule of debts to Herring Bank (0.19 hour) | 8.90 hours |
|---------|-------------------------------------------------------------------------|------------|
| 7/11/09 | Review AHF internal schedules (0.1 hour); | |
|         | Review and respond to emails (0.14 hour) | 0.24 hour |

**Total Time for Joe Lovell**              **11.53 hours @ $300/hour = $3,459.00**


**Deborah D. Reeves**:

| 7/14/09 | General: Telephone conferences with David Langston's office re: creditors' committee meeting | 0.29 hour |
|---------|----|----|

**Total Time for Deborah Reeves**              **0.29 hours @ $225/hour = $65.25**


**Tracy J. Olivarez**:

| 7/5/09 | *No charge* - Prepare list of attorneys in bankruptcy cases | 0.72 hour |
|--------|----|----|

**Total Time for Tracy Olivarez**              **0.72 hours @ No Charge**


**Paula E. Jaramillo:**

| 7/8/09 | *No Charge* - Print two days of bankruptcy filings and save pleadings to server, schedules of debtor, copies for Deborah; proofs of claim; motion for relief from stay, copy for Deborah; notices of appearance | |
|--------|----|----|
|        |    | 1.44 hours |
| 7/10/09 | Made copy of schedule of real property in bankruptcy and give to Debbie; discuss schedule with Debbie and instructions to compare legals with street addresses on her lien chart | 0.48 hour |
| 7/10/09 | *No Charge -* Printed filings and saved to the server, copies for file to Tracy, proofs of claim; notice of hearing; notice of appearance; motion to employ, copy to Deborah; appointment of committee, copy to Deborah; motion for adequate protection, copy to Deborah | 1.44 hours |

| 7/13/09 | *No Charge* - Print and save filings, copy to Tracy; notification on transcript of hearing on motion to use cash; notice of appearance; notice to upload proposed order; notice of withdrawal of counsel for Attebury | 0.72 hour |
|---|---|---|
| 7/14/09 | *No Charge* - Print and save today's filing, copy to Tracy; proofs of claim; discussion with Deborah on yesterday's filing of witness and exhibit list | 0.48 hour |
| 7/15/09 | *No Charge* - Print and save today's filings, copy to Tracy; proofs of claim; answer and counterclaim in Templeton adversary, copy for Deborah | 0.72 hour |

**Total Time for Paula Jaramillo**                    **4.80 hours @ No Charge**

**Debbie Simpson**:

| 7/10/09 | Online tax appraisal search for real property filed on Exhibit A filed in U.S. Bankruptcy Court by AHF | 3.36 hours |
|---|---|---|
| 7/13/09 | Resume online property search (tax appraisal districts) | 2.09 hours |

**Total Time for Debbie Simpson**                **5.45 hours @ $80/hour = $436.00**