# EXHIBIT "B"

# MULLIN·HOARD·BROWN·LLP

## MHB
### ATTORNEYS AT LAW

P. O. BOX 31656
AMARILLO, TX 79120-1656
806-372-5050

TAX ID #75-2319090

***INVOICE***

Bob Templeton, Don Storseth, David Miller, Paul King,
P.O. Box 15010
Amarillo,, TX 79105-5010

Page: 1
Invoice Date: May 14, 2009
Account No.: 2164.00
Invoice No.: 1

Templeton
Susie Miller, Dennis Daughtery, Clay Storseth,
Billy Attebury, William Scott

## FEES THROUGH 04/30/2009

| Date | Atty | Description | Hours |
|---|---|---|---|
| 4/09/2009 | DS | Conferences with J. Mozola. | 0.60 |
| 4/14/2009 | DL | Call to David Mullin and discussion re: possible representation of Templeton et al in AHF bankruptcy or collection action | 0.30 |
| | DM | Meeting with Bob Templeton; telephone conference with David Langston; began review of documents | 2.50 |
| | TK | Meeting with clients and begin analysis of strategy and relevant documents. | 1.20 |
| | DM | Meeting with Billy and Ed Attebury; conferences with Tony Kirkwood regarding security interest in partnership | 1.50 |
| 4/15/2009 | DM | Telephone conference with Templeton; ~~telephone conference with Besselman~~; telephone conference with Lovell; ~~telephone conference with Tom Schooler~~; meeting with Templeton and Storseth; conference with Steve Hoard regarding strategy | 2.00  p |
| | TK | Phone calls with client and related parties; analysis of facts and documents; preparation of letters regarding information requests. | 3.30 |
| | DM | Work on demand letters; telephone conferences with Billy Attebury; telephone conference with Tom Schooler; telephone conference with Besselman; conference with Tony Kirkwood regarding strategy and security interest | 2.50 |
| 4/16/2009 | DL | Conference with Steve Hoard, David Mullin and John Brown re: possible filing of involuntary petition against AHF (.50); call to Larry Doss re: proposed research (.20) | 0.70 |
| | DM | Telephone conferences with Bob Templeton; telephone conference with John Lovell; drafting and review of e-mail regarding strategy; ~~review of investment documents and letter~~ ~~~~, meeting with John and Joe Lovell and David Miller; telephone conference with | |

INVOICE DUE UPON RECEIPT
PLEASE INDICATE ACCOUNT NUMBER ON REMITTANCE
PAYMENTS RECEIVED AFTER 12/31/09 ARE NOT REFLECTED ON THIS INVOICE

Bob Templeton, Don Storseth, Dav Templeton

Page: 2
Invoice Date: May 14, 2009
Account No.: 2164.00
Invoice No.: 1

| | | | HOURS | |
|---|---|---|---|---|
| | JB | David Langston regarding bankruptcy issues; ~~[redacted]~~ telephone conference with Claire Palmer | 3.5 ~~[struck]~~ | ✓ partial |
| | | Respond to inquiries from D. Mullin regarding alternatives available under the Probate Code to prevent secreting of assets in order to avoid creditors; analyze proposed option of creditors filing application for probate of will or appointment of administrator, resulting in rejection of that alternative; suggest use of Section 31A re: authority to appoint temporary administrator *ex parte*; review facts known to clients at present time regarding estate liabilities and justification for appointment of special administrator | | |
| | DM | Work on demand letters for information; ~~[redacted]~~; conferences with Tony Kirkwood regarding strategy; telephone conference with Claire Palmer; review of e-mail regarding status | 2.60 | |
| | TK | Review and analysis documents in relation to loans and security; review demands and preparation of letters to guarantors regarding information requests pursuant to contract; legal research regarding Texas Business Code provisions addressing the provision of information. | 1.40 ~~[struck]~~ | ✓ p |
| | | | 4.30 | ✓ ~~[struck]~~ |
| 04/17/2009 | DL | Call to Larry Doss and discussion re: background facts and legal research needed | 0.30 | ✓ |
| | JB | ~~[entire entry redacted]~~ | ~~1.90~~ | |
| | LD | Review, research matters in Bankruptcy Code on involuntary bankruptcy requirements (.8); conferences with Langston on allegations and issues in the case (.3); conference with Hoard and Sunderland (.2); research validity of involuntary proceedings against non-profit corporations (.8) | 2.10 | ✓ |
| | EA | Compile LIHTC formation records for attorney review (0.2) | 0.20 | |
| | DM | Drafting of memo on investment documents; drafting of e-mail to Claire Palmer demanding information and reviewed responses; telephone conferences with Bob Templeton; ~~telephone conference with [redacted] regarding temporary administration~~; drafting and review of e-mail regarding additional ~~claimants~~ | 2.00 ~~[struck]~~ | partial |
| | DM | Work on letters demanding payment and information; drafting and review of e-mail regarding same; ~~[redacted]~~ | .60 ~~[struck]~~ | ✓ p |
| | TK | Phone call with client; preparation and service of requests for information and demand letters, and e-mails to AHF counsel regarding same; analysis of obligations of parties. | 6.60 | ✓ p |

Bob Templeton, Don Storseth, Dav
. Templeton

Page: 3
Invoice Date: May 14, 2009
Account No.: 2164.00
Invoice No.: 1

HOURS

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/18/2009 | DM | Telephone conferences with Bob Templeton; drafting and review of e-mail regarding cause of death and plan for bankruptcy filing ~~and temporary administrator this Monday~~ | .40 ✓ p |
| 04/20/2009 | DL | Receipt and review of legal memo from Larry Doss; conference call with Larry Doss and Steve Hoard re: filing against non-profit; e-mail information to John Lovell | 0.70 ✓ |
| | ME | Work on gathering information for filing of involuntary petition; | 0.30 ✓ |
| | TK | ~~legal research regarding temporary administration; draft inserts for application for special needs temporary administrator~~; analysis of relationships amongst parties and begin preparation of cast of characters; ~~outline drafting application for appointment of temporary administrator and legal research related thereto; draft affidavit for William Altabury support of application~~. | .40 |
| | JB | ~~[redacted block of text]~~ | ~~1.20~~ |
| | EA | Telephone conference with T. Olivarez (paralegal to Lovell) re demand letters (0.2); telephone conference with D. Reeves re exchange of documents (0.2); organize demand letters for quick retrieval (0.5); draft e-mail with addresses to T. Olivarez for demand letters (0.3) | 1.20 |
| | LD | Finalize research; draft, revise, and send memo regarding applicability of involuntary bankruptcy provisions against non-profit organizations and foundations | 2.20 ✓ |
| | DM | ~~Work on motion for temporary administrator~~; work on involuntary bankruptcy petition; telephone conferences with Bob Templeton; meetings with Bob Templeton; telephone conferences with David Miller; telephone conferences with Susie Miller; work on affidavits; drafting and review of e-mail regarding demand letters, involuntary petition, ~~[redacted]~~, and lawyer chosen for AHF | 6.10 ✓ p |

Bob Templeton, Don Storseth, Dav
·Templeton

Page: 4
Invoice Date: May 14, 2009
Account No.: 2164.00
Invoice No.: 1

HOURS

| | | | |
|---|---|---|---|
| | SH | Review cases on ability to file involuntary bankruptcy against "non-profit" corporation; conference call with D. Langston and L. Doss regarding same; exchange emails with John Lovell regarding same; telephone conference with Joe Lovell regarding same; brief conference with D. Mullin and D. Storseth regarding involuntary bankruptcy filing. | 1.70 |
| | TK | [redacted] | [redacted] |
| | DM | Telephone conferences with Billy Attebury; telephone conferences with Tom Schooler; conferences with Mozola | 1.40 |
| 04/21/2009 | SS | Conduct research on the various Sterquell's business entities | 1.00 |
| | DL | E-mail exchanges re: arrangements for and appropriate procedures for filing involuntary against AHF; brief conference call with David Mullin and Bob Templeton; review and execution of involuntary petition | 1.00 |
| | DL | Follow-up calls with David Mullin, John Lovell, et al following the filing of the involuntary petition; call to Tony Kirkwood re: preparation of Motion for Appointment of Trustee | 1.00 |
| | ME | Call to Jay at BK Court to discuss filing of involuntary; Revise Petition to add DRL signatures; File Involuntary Petition; | 1.00 |
| | TK | Begin drafting of motion for appointment of trustee or examiner, including legal research regarding relevant bankruptcy provisions and support for the appointment of a trustee. | 5.50 |
| | TK | [redacted] | [redacted] |
| | JB | [redacted] brief morning work on bankruptcy petition; [redacted] | |

Bob Templeton, Don Storseth, Dav
.Templeton

Page: 5
Invoice Date: May 14, 2009
Account No.: 2164.00
Invoice No.: 1

HOURS

| | | |
|---|---|---|
| EA | [redacted], conference with D. Reeves re Pasadena properties (0.2); review documentation, online resources and draft e-mail re Pasadena property (0.5) | 1.30 P<br>.70 |
| LD | Research, draft, and revise motion for expedited discovery; telephone conference with Langston and Kirkwood | 1.60 |
| DM | Telephone conferences with Templeton; telephone conferences with Storseth; meetings with Templeton, Miller, Storseth and Daugherty; telephone conferences with Miller; [redacted] telephone conferences and conferences with Henry Davis; drafting of involuntary petition; [redacted] meeting with Miles Harris; telephone conferences with David Langston | 5.20 P |
| SH | Telephone conferences with D. Mullin regarding filing of involuntary bankruptcy petition; exchange emails with D. Langston and Joe and John Lovell regarding same. | 0.60 |
| TK | [redacted] | |
| DM | Conferences with Mozola | 0.70 |
| JR | Review involuntary bankruptcy petition. | 0.40 |

04/22/2009 DL E-mail exchanges with staff and co-counsel re: status and service of summons (.50); review of information from Tony Kirkwood on preparation of Motion for Appointment of Trustee

Bob Templeton, Don Storseth, Dav Templeton

Page: 6
Invoice Date: May 14, 2009
Account No.: 2164.00
Invoice No.: 1

| | | HOURS |
|---|---|---|
| DL | (.20); work on service of summons (.30); call to John Lovell (.30) | 1.20 |
| | Conference with Larry Doss re: Motion for Expedited Discovery; receipt and review of emails from David Mullin and John Lovell re: stay violation; review of draft of Motion for Expedited Discovery | 1.20 |
| ME | Call to Jay at BK Court regarding Involuntary Filing; Receipt of Summons; Preparation of Certificate of Service on Summons; | 1.00 |
| TK | Draft and revise motion to appoint trustee; draft letters to banks regarding accounts and research and phone calls regarding same; development of facts, including review of documents, in relation to preparation of motion to appoint trustee. | 6.80 |
| JB | [redacted] work on issues related to involuntary bankruptcy petition, including review and response to e-mails re: same; [redacted] | 2.00 |
| EA | Respond to D. Reeves e-mail regarding contact information for demand letters (0.3); conference with D. Mullin re Mid-Continent demand letter (0.2); search online court records for related cases as instructed by attorney (0.7); receive and review charts of related Sterquell entities and guarantees spreadsheet (0.6); conduct UCC searches and business organization on Sterquell Profit Sharing Trust (0.3); conduct UCC searches and business organization American Housing Foundation (1.4) | 3.50 |
| LD | Research other issues facing clients in involuntary bankruptcy proceedings; review article from Judge Lynn; review motion for appointment of trustee | 2.60 |
| DM | Telephone conference with Don Storseth; conferences with and telephone conferences with Bob Templeton; review of Walden II documents at AHF offices; drafting of e-mail to Claire Palmer regarding same; telephone conference with Claire Palmer; telephone conferences with Miles Harris; telephone conference with Paul Torrez; telephone conference with Globe News; telephone conferences with Henry Davis; drafting and review of e-mail regarding bankruptcy and temporary administrator, deposition notices and service issues; work on letter to Sterquell family; work on letter to Banks | 7.00 |
| SH | Brief telephone conference with John Lovell regarding effect of bankruptcy filing; send email to D. Langston requesting contact with Lovell. | 0.20 |
| TK | Research regarding information available from the Secretary of State as to the partnership interests granted to Attebury Family Partnership, L.P. | 1.20 |
| DM | Conferences with Mozola; telephone conference with Besselman | 1.10 |

04/23/2009 ME Revise Certificate of Service on Summons; Complete service; E-mail to counsel regarding receipt of court correspondence

Bob Templeton, Don Storseth, Dav
Templeton

Page: 7
Invoice Date: May 14, 2009
Account No.: 2164.00
Invoice No.: 1

| | | | HOURS |
|---|---|---|---|
| | ME | requesting amended petition. | 1.40 |
| | TK | Legal research regarding issues relating to the automatic stay and its application to the development of facts; review and analyze letters from counsel; revise and edit motion for appointment of counsel. | 6.30 |
| | DL | Work on securing and serving summons for involuntary bankruptcy petition | 0.30 |
| | JB | Review and analysis of fax from Reber (Locke Lord counsel) demanding that Henry Davis take no further action; confer with Mullin regarding appropriate response; prepare, review and revise in final form correspondence to Reber; work with D. Mullin relating to asset discovery, including identifying depositions of relevant parties (including members of the Sterquell family); preliminary outline of plan of action to recommend to Henry Davis re: identifying, locating and preserving Sterquell assets | 3.40 |
| | EA | Review and forward e-mail exchange re issue of demand letter to Mid-Continent to team for review (0.2); review charts compiled by Lovell firm on different entities and guaranties (0.6) | 0.80 |
| | LD | Review and revise motion for expedited discovery; emails to Langston, Kirkwood, and Mullin regarding development of facts in case; telephone call to Kirkwood to plan strategy for filing of motion for expedited discovery and motion for appointment of trustee | 2.70 |
| | DM | Telephone conferences with Bob Templeton; work on letter to Sterquell counsel; telephone conferences with Henry Davis; work on letter to Besselman; drafting and review of e-mail regarding Schooler issues, Henry Davis issues, motion for trustee and expedited discovery; review multi family rehab partnership agreement; telephone conference with Lewis coppedge regarding possible AHF insider witness for us; drafting and review of e-mail regarding Walden II, telephone conference with John Lovell regarding AMCO | 5.40 |
| | FJM | Reviewing partnership agreements and security agreements; Numerous calls to Billy; Conference with David; Calls to attorneys for other creditors re: Schoolers as obligors; Call to Wayne Moore. | 4.25 |
| | DS | Brief office conference with John Mozola regarding strategy for pursuant of claims against guarantors; Review client loan documents and HFT Westcliff Partnership Agreement; Review Tax Partnership Act. | 2.30 |
| | DM | Conferences with John Mozola regarding strategy | 1.00 |
| | DM | Conferences with Jeff Ritter regarding facts of Scott claim | 0.50 |
| 04/24/2009 | DL | E-mail exchanges re: conference with co-counsel to discuss status, strategy and delegation of tasks; review of research on involuntary bankruptcy participation in conference call with Mullin, Lovells, et al | 1.00 |
| | DL | Conference call with David Mullin and Rob Yaquinto re: manner to proceed and setting up meeting between clients; follow-up e-mails, etc. | 0.40 |

Bob Templeton, Don Storseth, Dav
Templeton

Page: 8
Invoice Date: May 14, 2009
Account No.: 2164.00
Invoice No.: 1

| | | | HOURS |
|---|---|---|---|
| | JB | ~~[redacted]~~is | ~~[redacted]~~ |
| | TK | Research regarding "cause" for the appointment of a trustee; research regarding public documents addressing AHF tax filings. | 5.20 ✓ |
| | RB | Review of issues regarding freezing order against guarantors | 0.40 |
| | EA | Review online media articles and forward to team (0.7) | 0.70 |
| | DM | ~~Meeting with Bob Templeton;~~ telephone conferences with Bob Templeton; ~~telephone conference~~ with Joe Lovell, John Lovell, and David Langston regarding effect of bankruptcy; ~~[redacted]~~ er; drafting and review of e-mail with Yaquinto; telephone conference with Yaquinto and Langston; drafting and ~~[redacted]~~, bankruptcy stay, meeting with Yaquinto, discovery requests; ~~[redacted]~~ | 3.20 ✓ ρ |
| | FJM | Telephone call to Wayne Moore; telephone calls to Billy; meet with Templeton and David on splitting of attorney fees; review Son's letter on fees. | 3.17 |
| | DS | Conferences with J. Mozola regarding strategy concerning foreclosure of security interest against Sterquell Profit Sharing Trust's partnership interest in HFT Westcliff Partnership; Draft demand letter to Sterquell Profit Sharing Trust and notice letter to partners of HFT Westcliff Partnership. | 2.90 |
| | DM | ~~[redacted]~~ conference with Sunderland regarding foreclosure (.2) | .20 |
| 04/25/2009 | DM | Telephone conferences with Bob Templeton | 0.40 |
| 04/26/2009 | TK | Review and analyze cases cited in Motion to Appoint trustee. | 1.60 ✓ |
| | DM | Telephone conferences with Bob Templeton | 0.30 |
| 04/27/2009 | DM | ~~[redacted]~~; review of draft motion for trustee; ~~[redacted]~~ | .80 ✓ ρ |
| | JB | Morning meeting with Mullin regarding work in connection with bankruptcy proceeding ~~[redacted]~~ | |

Bob Templeton, Don Storseth, Dav Templeton

Page: 9
Invoice Date: May 14, 2009
Account No.: 2164.00
Invoice No.: 1

|  |  | HOURS |
|---|---|---|
|  | [redacted] | .50 ~~3.20~~ P |
| FJM | Meeting with David and Don to discuss bankruptcy strategy including jurisdictional issues. | 2.00 |
| TK | Read and analyze cases and find alternate citations where necessary in motion to appoint trustee; review factual memoranda from client; edit and revise motion. | 6.40 |
| ME | Prepare Amended Petition; | 0.20 |
| RB | Review of issues regarding debtor's assets | 0.40 |
| EA | Review and forward temporary injunction pleadings from previous MHB case for use in AHF matter as instructed by J. Turner (0.4); organize and index documents received from clients and Lovell firm (1.3); conduct UCC and business organizations records search for Administaff (0.3); compilation and indexing of documents received and forwarded from clients, AHF, and Lovell firm (2.1); continued compilation of chronology from R. Templeton memo (1.5) | 5.30 |
| FJM | Review documents on partnerships; conference with Don; telephone calls to Billy. | 1.25 |
| DS | [redacted] |  |
| DM | Conference with Mozola and Sunderland | 1.50 |
| DM | Conferences with Jeff regarding Scott claim | 0.40 |
| JR | [redacted] |  |
| 4/28/2009 FJM | [redacted] |  |
| TK | Review of e-mails and issues relating to appointment of trustee. | 0.10 |
| DL | Call from David Mullin re: evidence Mutual Life Policy transferred from AHF to Strynell Family Trust | 0.20 |
| DL | Call from Randy Roberts, attorney for private equity firm, re: petition against AHF | 0.30 |

Bob Templeton, Don Storseth, Dav
. Templeton

Page: 10
Invoice Date: May 14, 2009
Account No.: 2164.00
Invoice No.: 1

| | | | HOURS |
|---|---|---|---|
| | TL | [redacted] | [redacted] |
| | ME | Filed Amended Petition; Call to BK Clerk regarding same; | 0.30 |
| | JB | [redacted] | |
| | EA | Trace addresses/contact information for individuals as requested by D. Sunderland (1.4); attempt contact with G. Graham and D. Owen (0.3) | 1.70 |
| | DM | Telephone conferences with Bob Templeton; telephone conferences with Henry Davis; review of life insurance owner/beneficiary changes; research fraudulent transfer of life insurance policies; meeting with Bob Templeton, John Mozola, Dennis Daugherty, Don Stroseth regarding strategy; [redacted] drafting of e-mail to Sterk and Yaquinto regarding guaranties | 3.30 |
| | FJM | [redacted] | [redacted] |
| | DS | [redacted] | [redacted] |
| | JR | Review Scotty's documents in connection with American Housing; Conferences with Mullin regarding same. | 2.00 |
| 04/29/2009 | TL | Research fraudulent inducement and guaranty; Run 5th Circuit proposition citators. | 2.40 |
| | KB | Preparation of Business Records Affidavits for insurance documents (paralegal) | 0.90 |
| | TK | Review and analyze insurance documents; e-mails regarding same; phone calls and e-mails with counsel for MetLife regarding policy change documents; coordinate preparation of business records affidavits. | 6.20 |
| | JB | [redacted] | |

Bob Templeton, Don Storseth, Dav Templeton

| | |
|---|---|
| Page: | 11 |
| Invoice Date: | May 14, 2009 |
| Account No.: | 2164.00 |
| Invoice No.: | 1 |

HOURS

| Date | TK | Description | Hours |
|---|---|---|---|
| | | telephone conference with Matt Malouf, T. Kirkwood and W. Puckett re: joinder as a petitioning creditor; work on related conflict issues re: additional plaintiffs; telephone conference with D. Mullin re: same | 2.20 ~~/P~~ |
| | LD | Herring v. Schooler involuntary: Research and overview of law regarding "bona fide" dispute in guaranty agreements; telephone calls to Mozola regarding the same | 3.80 |
| | DM | Review of research on fraudulent transfer of life insurance; telephone conference with John Mozola; drafting and review of e-mail regarding affidavits, Met Life information; review of Met Life documentsx and draft summary of same | 2.00 ✓ |
| | DS | [redacted] | [redacted] |
| | JR | [redacted] | [redacted] |
| 04/30/2009 | TK | Review and analyze e-mails regarding bankruptcy and updates. | 0.40 ✓ |
| | JB | Continued work on conflict issues re: additional plaintiffs; telephone conference with D. Mullin re: same; brief telephone conference with Bob Templeton re: various issues | 0.50 |
| | LD | Herring v. Schooler involuntary: Telephone calls to Mozola regarding the filing of involuntary petition | 0.40 |
| | EA | Compile documents and financial information as instructed by J. Mozola in preparation of involuntary bankruptcy petitions and motion for temporary injunction (3.3) | 3.30 |
| | DL | Call from Larry Chek, attorney for Wells Fargo, re: filing 303(f) motion; preparation of e-mail to all co-counsel; review of Motion for Appointment of Trustee and research on involuntary | 1.00 ✓ |
| | DM | Drafting and review of e-mail regarding Wells Fargo claim and bankruptcy motion | 0.50 ✓ |
| | FJM | Review Petition against Trusts; gather information and draft bankruptcy petition( 6.0) [redacted] | 6.00 |

FOR CURRENT SERVICES RENDERED             284.65    81,583.75

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| David Mullin | 57.40 ~~71.70~~ | $350.00 | $25,095.00 |
| Steve Hoard | 2.50 | 350.00 | 875.00 |
| John M. Brown | 12.50 ~~45.80~~ | 350.00 | 16,030.00 |
| Jeff Ritter | 2.40 ~~3.70~~ | 275.00 | 1,017.50 |
| David Langston | 9.60 | 350.00 | 3,360.00 |
| Don Sunderland | 5.8 ~~11.60~~ | 300.00 | 3,480.00 |
| John Mozola | 16.67 ~~24.25~~ | 375.00 | 9,093.75 |
| Robert Bell | 0.80 | 250.00 | 200.00 |
| Larry Doss | 15.40 | 225.00 | 3,465.00 |
| Tony Kirkwood | 55.50 ~~72.10~~ | 225.00 | 16,222.50 |
| Trey Lansford | 2.40 ~~3.30~~ | 180.00 | 594.00 |

Bob Templeton, Don Storseth, Dav Templeton

| | |
|---|---|
| Page: | 12 |
| Invoice Date: | May 14, 2009 |
| Account No.: | 2164.00 |
| Invoice No.: | 1 |

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mitzi Emert | 4.20 | 90.00 | 378.00 |
| Kathleen Burian | 0.90 | 90.00 | 81.00 |
| Shari F. Sanchez | 1.00 | 90.00 | 90.00 |
| Erica Anderson | 17.40 17.80 | 90.00 | 1,602.00 |

### EXPENSES THROUGH 04/30/2009

| Date | Description | Amount |
|---|---|---|
| 04/15/2009 | Long distance telephone call, from ext 111, 12146615301 | 0.10 |
| 04/20/2009 | Photocopying, 11, 11 pp @ $.20 each | 2.20 |
| 04/21/2009 | [redacted] | [redacted] |
| 04/21/2009 | Photocopying, 84, 84 pp @ $.20 each | 16.80 |
| 04/21/2009 | Photocopying, 4, 4 pp @ $.20 each | 0.80 |
| 04/21/2009 | Photocopying, 1, 1 pp @ $.20 each | 0.20 |
| 04/21/2009 | Photocopying, 192, 192 pp @ $.20 each | 38.40 |
| 04/21/2009 | Photocopying, 3, 3 pp @ $.20 each | 0.60 |
| 04/21/2009 | Photocopying, 100, 100 pp @ $.20 each | 20.00 |
| 04/21/2009 | Photocopying, 8, 8 pp @ $.20 each | 1.60 |
| 04/21/2009 | Photocopying, 1, 1 pp @ $.20 each | 0.20 |
| 04/21/2009 | Photocopying, 2, 2 pp @ $.20 each | 0.40 |
| 04/21/2009 | Photocopying, 4, 4 pp @ $.20 each | 0.80 |
| 04/21/2009 | Photocopying, 71, 71 pp @ $.20 each | 14.20 |
| 04/21/2009 | Photocopying, 16, 16 pp @ $.20 each | 3.20 |
| 04/21/2009 | Photocopying, 18, 18 pp @ $.20 each | 3.60 |
| 04/21/2009 | Postage | 18.21 |
| 04/21/2009 | Long distance telephone call, from ext 111, 15057576148 | 0.10 |
| 04/21/2009 | Long distance telephone call, from ext 140, 13237910618 | 0.18 |
| 04/21/2009 | Long distance telephone call, from ext 140, 17137802448 | 0.08 |
| 04/22/2009 | Photocopying, 119, 119 pp @ $.20 each | 23.80 |
| 04/22/2009 | Photocopying, 4, 4 pp @ $.20 each | 0.80 |
| 04/22/2009 | Local facsimile, 3456363 | 1.20 |
| 04/22/2009 | Postage | 4.68 |
| 04/23/2009 | Photocopying, 1, 1 pp @ $.20 each | 0.20 |
| 04/23/2009 | Photocopying, 2, 2 pp @ $.20 each | 0.40 |
| 04/23/2009 | Postage | 0.84 |
| 04/24/2009 | Photocopying, 2, 2 pp @ $.20 each | 0.40 |
| 04/24/2009 | Photocopying, 12, 12 pp @ $.20 each | 2.40 |
| 04/24/2009 | Photocopying, 2, 2 pp @ $.20 each | 0.40 |
| 04/24/2009 | Local facsimile, 3745264 | 0.60 |
| 04/24/2009 | Postage | 36.48 |
| 04/24/2009 | Postage | 0.42 |
| 04/24/2009 | Photocopying, 11, 11 pp @ $.20 each | 2.20 |
| 04/27/2009 | Photocopying, 339, 339 pp @ $.20 each | 67.80 |
| 04/27/2009 | Photocopying, 6, 6 pp @ $.20 each | 1.20 |
| 04/27/2009 | Photocopying, 2, 2 pp @ $.20 each | 0.40 |
| 04/27/2009 | Photocopying, 8, 8 pp @ $.20 each | 1.60 |
| 04/28/2009 | Photocopying, 16, 16 pp @ $.20 each | 3.20 |
| 04/28/2009 | Photocopying, 20, 20 pp @ $.20 each | 4.00 |
| 04/28/2009 | Photocopying, 15, 15 pp @ $.20 each | 3.00 |

Bob Templeton, Don Storseth, Dav Templeton

Page: 13
Invoice Date: May 14, 2009
Account No.: 2164.00
Invoice No.: 1

| Date | Description | Amount |
|---|---|---|
| 04/28/2009 | Photocopying, 340, 340 pp @ $.20 each | 68.00 |
| 04/28/2009 | Photocopying, 12, 12 pp @ $.20 each | 2.40 |
| 04/28/2009 | Photocopying, 54, 54 pp @ $.20 each | 10.80 |
| 04/28/2009 | Long distance telephone call, from ext 111, 17078232292 | 0.06 |
| 04/28/2009 | Long distance telephone call, from ext 111, 17078232292 | 1.18 |
| 04/29/2009 | Long distance telephone call, from ext 105, 12149224150 | 0.07 |
| 04/29/2009 | Photocopying, 13, 13 pp @ $.20 each | 2.60 |
| 04/29/2009 | Photocopying, 3, 3 pp @ $.20 each | 0.60 |
| 04/29/2009 | Long distance telephone call, from ext 119, 18178507940 | 1.90 |
| 04/29/2009 | Long distance telephone call, from ext 119, 18178507940 | 1.40 |
| 04/29/2009 | Long distance telephone call, from ext 119, 18178507940 | 0.15 |
| 04/29/2009 | Long distance telephone call, from ext 119, 18178507940 | 0.11 |
| 04/30/2009 | Long distance telephone call, from ext 105, 12144683313 | 0.88 |
| 04/30/2009 | Photocopying, 4, 4 pp @ $.20 each | 0.80 |
| 04/30/2009 | Photocopying, 16, 16 pp @ $.20 each | 3.20 |
| 04/30/2009 | Photocopying, 21, 21 pp @ $.20 each | 4.20 |

TOTAL EXPENSES    711.04

TOTAL CURRENT WORK    82,294.79

BALANCE DUE UPON RECEIPT    $82,294.79