MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
P.O. Box 2585
Lubbock, Texas 79408
Telephone: 806/765-7491
Facsimile: 806/765-0553
*Attorneys for the Unsecured Creditors Committee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AMERICAN HOUSING FOUNDATION | § | Case No. 09-20232-11 |
| | § | Hearing: July 8, 2010 |
| Debtor. | § | @ 1:30 p.m. |

### NOTICE OF HEARING ON THE UNSECURED
### CREDITORS COMMITTEE'S NOTICE OF INTENT TO
### FILE ADVERSARY COMPLAINTS

This is to serve as notice that the hearing on the Notice of Official Unsecured Creditors Committee of Intent to File Adversary Complaints has been set for **Thursday, July 8, 2010 at 1:30 p.m**. in the U.S. Bankruptcy Courtroom, **Room 100, 624 South Polk St., Amarillo, Texas (Video Docket).**

Respectfully submitted,

/s/ David R. Langston
David R. Langston

**MULLIN HOARD & BROWN, L.L.P.**
  David R. Langston, SBN 11923800
  Lawrence M. Doss, SBN 24012544
  1500 Broadway, Ste. 700
  P. O. Box 2585
  Lubbock, Texas  79408-2585
  (806) 765-7491 -- Phone
  (806) 765-0553 – Fax

       *-And-*

**MULLIN HOARD & BROWN, L.L.P.**
David Mullin, SBN 14651600
John M. Brown, SBN 03142500
Tony Kirkwood, SBN 24032508
800 Amarillo National Plaza Two
500 South Taylor
P. O. Box 31656
Amarillo, Texas  79120-1656
(806) 372-5050 -- Phone
(806) 372-5086 -- Fax
***Attorneys for the Unsecured Creditors Committee***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was sent via ECF on this the 10th day of June, 2010 to the following listed parties in interest:

1.    Max R. Tarbox
   Tarbox Law, P.C.
   2301 Broadway
   Lubbock, Texas 79401

2.    All parties receiving ECF notification in this case.

                                                           /s/  David  R.  Langston
                                                           David R. Langston