U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed June 21, 2010**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| AMERICAN HOUSING FOUNDATION | § | Case No. 09-20232-RLJ-11 |
| | § | |
| DEBTOR. | § | |
| | § | |

## ORDER DENYING DEBTOR'S MOTION FOR EXPEDITED HEARING ON DEBTOR'S APPLICATION FOR EMPLOYMENT OF ATTORNEY

On April 22, 2010, the debtor, American Housing Foundation ("AHF"), filed its motion requesting an expedited hearing on its application for employment of the law firm Cavazos, Hendricks, Poirot, & Smitham, P.C., as primary bankruptcy counsel for AHF. The Court cannot grant AHF's request, however, as the motion is rendered moot by the appointment of a chapter 11 trustee, which was granted by the order entered on April 29, 2010. It is, therefore,

ORDERED that AHF's request for an expedited hearing on the employment of Cavazos, Hendricks, Poirot, & Smitham, P.C., is denied as the motion is rendered moot by the appointment of the chapter 11 trustee on April 29, 2010.

### End of Order ###