**American Housing Foundation**
**RETAINED SPEs**

| Ownership Entity (see Note below) | Property Name | Property Location | No. of Units | Category |
|---|---|---|---|---|
| KY California Square II, LLC | California Square II Apartments | Louisville, KY | 48 | AIMCO/GCL |
| MS Decatur Meadows, LLC | Decatur Meadows Apartments | Decatur, MS | 44 | AIMCO/GCL |
| AHF Donna Village Apartments, LLC | Donna Village Apartments | Donna, TX | 58 | AIMCO/GCL |
| SC Druid Hills, LLC | Druid Hills Apartments | Walterboro, SC | 80 | AIMCO/GCL |
| AHF Falfurrias Village Apartments, LLC | Falfurrias Village Apartments | Falfurrias, TX | 50 | AIMCO/GCL |
| MS Fieldcrest, LLC | Fieldcrest Apartments | Waynesboro, MS | 60 | AIMCO/GCL |
| SC Kalmia, LLC | Kalmia Apartments | Graniteville, SC | 96 | AIMCO/GCL |
| GA Oakland City, LLC | Oakland City Apartments | Atlanta, GA | 111 | AIMCO/GCL |
| KY Portland Plaza, LLC | Portland Plaza Apartments | Louisville, KY | 71 | AIMCO/GCL |
| AHF Rio Hondo Village Apartments, LLC | Rio Hondo Village Apartments | Rio Hondo, TX | 50 | AIMCO/GCL |
| SC Swift Creek, LLC | Swift Creek Apartments | Hartsville, SC | 72 | AIMCO/GCL |
| GA Westgate, LLC | Westgate Apartments | Garden City, GA | 94 | AIMCO/GCL |
| NC Yadkin House, LLC | Yadkin House Apartments | Salisbury, NC | 67 | AIMCO/GCL |
| EOP Charlotte JW, LLC | City View Towers - Student Housing | Charlotte, NC | 145 | Tax Exempt Bond - Other |
| Astoria Park Apartments, Ltd. | Astoria Park Apartments | Amarillo, TX | 164 | Tax Credit |
| Austin Fairway Village, Ltd. | Fairway Village Apartments | Austin, TX | 129 | Tax Credit |
| Amarillo Greentree Village, Ltd. | Greentree Village Apartments | Amarillo, TX | 160 | Tax Credit |
| Austin Santa Maria Village, Ltd. | Santa Maria Village Apartments | Austin, TX | 176 | Tax Credit |
| | | | 1,675 | |

Note: Retained Properties includes entities which serve as general partner of any Special Purpose Entity listed above