**American Housing Foundation**
**REJECTED SPEs**

| Ownership Entity (see Note below) | Property Name | Property Location | No. of Units | Category | Portfolio |
|---|---|---|---|---|---|
| AHF Highland Oaks Community Development, LLC | Highland Oaks Apartments | Wichita Falls, TX | 327 | Tax Exempt Bond | Other Tax Exempt |
| Hurst Manor Apartments, LLC | Hurst Manor | Hurst, TX | 112 | Tax Exempt Bond | Other Tax Exempt |
| Amarillo Bel-Aire Apartments, Ltd. | Bel-Aire / Fairway Apartments | Amarillo, TX | 38 | Tax Credit | Tax Credit |
| Brandywood Housing, Ltd. | Brandywood Apartments | Pasadena, TX | 698 | Tax Credit | Tax Credit |
| Amarillo Glenwood Apartments, Ltd. | Glenwood Apartments | Amarillo, TX | 120 | Tax Credit | Tax Credit |
| Amarillo Green Acres, Ltd. | Green Acres Apartments | Amarillo, TX | 194 | Tax Credit | Tax Credit |
| NWTH Meridian, Ltd. | NWTH Meridian Apartments | Amarillo, TX | 34 | Tax Credit | Tax Credit |
| Park Place Apartments, LP | Park Place Apartments | Oklahoma City, OK | 223 | Tax Credit | Tax Credit |
| Waco Parkside Village, Ltd. | Parkside Village Apartments | Waco, TX | 200 | Tax Credit | Tax Credit |
| Parkview Village, Ltd. | Park View Village Apartments | Oklahoma City, OK | 242 | Tax Credit | Tax Credit |
| Rosemeade Apartment Development Company, Ltd. | Rosemeade (Plum Creek) Apartments | Amarillo, TX | 184 | Tax Credit | Tax Credit |
| Waco Robinson Garden, Ltd. | Robinson Garden Apartments | Waco, TX | 208 | Tax Credit | Tax Credit |
| Sea Greens Partnership, Ltd. | Sea Greens Apartments | Port Lavaca, TX | 110 | Tax Credit | Tax Credit |
| College Station Southgate Village, Ltd. | Southgate Village Apartments | College Station, TX | 200 | Tax Credit | Tax Credit |
| Stonebriar Village of Plainview, Ltd. | Stonebriar Village Apartments | Plainview, TX | 100 | Tax Credit | Tax Credit |
| Amarillo Affordable Housing, LLC | Canterbury Apartments | Amarillo, TX | 95 | Tax Exempt Bond | Simpson |
| Amarillo Affordable Housing, LLC | Puckett Place Apartments | Amarillo, TX | 255 | Tax Exempt Bond | Simpson |
| Amarillo Affordable Housing, LLC | River Fallas Apartments | Amarillo, TX | 288 | Tax Exempt Bond | Simpson |
| Amarillo Affordable Housing, LLC | Three Fountains Apartments | Amarillo, TX | 223 | Tax Exempt Bond | Simpson |
| AHF Community Development, LLC | Aston Brook Apartments | Houston, TX | 152 | Tax Exempt Bond | Walden I |
| AHF Community Development, LLC | Cimarron Park Apartments | Conroe, TX | 162 | Tax Exempt Bond | Walden I |
| AHF Community Development, LLC | Fountaingate Apartments | Wichita Falls, TX | 280 | Tax Exempt Bond | Walden I |
| AHF Community Development, LLC | Northwoods Apartments | Houston, TX | 200 | Tax Exempt Bond | Walden I |
| AHF Community Development, LLC | One Willow Chase Apartments (Ridge at Willow Brook) | Houston, TX | 136 | Tax Exempt Bond | Walden I |
| AHF Community Development, LLC | One Willow Park Apartments (Ridge at Willow Brook) | Houston, TX | 178 | Tax Exempt Bond | Walden I |
| AHF Community Development, LLC | Settler's Cove Apartments | Beaumont, TX | 182 | Tax Exempt Bond | Walden I |
| AHF Community Development, LLC | Shadowridge Village Apartments | Dallas, TX | 144 | Tax Exempt Bond | Walden I |
| AHF Community Development, LLC | Stony Creek Apartments (Stone Ridge) | Conroe, TX | 252 | Tax Exempt Bond | Walden I |
| AHF Community Development, LLC | Pine Creek Village Apartments | Conroe, TX | 216 | Tax Exempt Bond | Walden I |
| AHF Community Development, LLC | Woodedge Apartments | Houston, TX | 126 | Tax Exempt Bond | Walden I |
| THEOP, LLC | Arbors of Austin Apartments | Austin, TX | 226 | Taxable Bond | Walden II |
| THEOP, LLC | Ashbury Park Apartments | Austin, TX | 416 | Taxable Bond | Walden II |
| AHF Florida, LLC | Ashton Park Apartments | Tampa, FL | 192 | Tax Exempt Bond | Walden II |
| WHEOP, LLC | Audubon Square Apartments | Austin, TX | 164 | Tax Exempt Bond | Walden II |
| AHF Tulsa, LLC | Avondale Apartments | Tulsa, OK | 328 | Tax Exempt Bond | Walden II |
| DHEOP, LLC | Brittany Park Apartments | Dallas, TX | 217 | Tax Exempt Bond | Walden II |
| AHF Tulsa, LLC | Coventry Park Apartments | Tulsa, OK | 256 | Tax Exempt Bond | Walden II |
| AHF Arizona, LLC | Fairways Apartments | Phoenix, AZ | 160 | Tax Exempt Bond | Walden II |
| AHF Tulsa, LLC | Fountain Crest Apartments | Tulsa, OK | 424 | Tax Exempt Bond | Walden II |
| AHF Arizona, LLC | Garden Place Apartments | Mesa, AZ | 266 | Tax Exempt Bond | Walden II |
| DHEOP, LLC | Greens Crossing Apartments | Dallas, TX | 364 | Tax Exempt Bond | Walden II |
| THEOP, LLC | Harper's Creek Apartments | Austin, TX | 268 | Tax Exempt Bond | Walden II |
| AHF Florida, LLC | Huntington at Hidden Hills Apartments | Jacksonville, FL | 224 | Tax Exempt Bond | Walden II |
| DHEOP, LLC | Montfort Oaks Apartments | Dallas, TX | 276 | Tax Exempt Bond | Walden II |
| THEOP, LLC | Pinto Creek Apartments | Austin, TX | 249 | Tax Exempt Bond | Walden II |
| WHEOP, LLC | Polo Club Apartments | Austin, TX | 304 | Tax Exempt Bond | Walden II |
| THEOP, LLC | Trestles of Austin Apartments | Austin, TX | 396 | Tax Exempt Bond | Walden II |
| | | | 10,609 | | |

Note: Rejected Properties includes entities which serve as general partner of any Special Purpose Entity listed above