U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

United States Bankruptcy Judge

Signed August 12, 2010

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN HOUSING FOUNDATION, | § | Case No. 09-20232 |
| | § | |
| Debtor. | § | |
| | § | |

**AGREED ORDER REGARDING (1) ALLOWANCE OF PROOF OF CLAIM NO. 89 FILED IN BANKRUPTCY CASE NO. 09-20232, AND (2) WITHDRAWAL OF PROOF OF CLAIM NO. 105 FILED IN BANKRUPTCY CASE NO. 09-20373**

[Docket Nos. 1118 and 1254]

On August 12, 2010, the Court considered and acted upon the (1) *Unsecured Creditors Committee's Objection to Proofs of Claim No. 89 (09-20232) and 105 (09-20373) Filed by Texas State Affordable Housing Corporation* filed on May 5, 2010, as Docket No. 1118 (the "**Objection**"), by the Unsecured Creditors Committee appointed in this case (the "**Committee**") objecting to Proof of Claim No. 89 filed in Bankruptcy Case No. 09-20232 ("**Claim No. 89**") by Texas **State** Affordable Housing Corporation ("**TSAHC**") and Proof of Claim No. 105 filed in Bankruptcy Case 09-20373 ("**Claim No. 105**") by TSAHC, and (2) *Texas State Affordable Housing*

*Corporation's Response to Unsecured Creditors Committee's Objection to Proofs Of Claim No. 89 (09-20232) and 105 (09-20373) Filed by Texas State Affordable Housing Corporation* filed on June 4, 2010, as Docket No. 1254 (the "**Response**"), by TSAHC.

The Court, having considered and been informed of the agreement of the Committee, the Chapter 11 trustee appointed in this case (the "**Trustee**"), and TSAHC to settle the Objection and to resolve the subject matter of the Objection and the Response, finds that cause exists for the relief herein granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Objection is **GRANTED** as set forth herein.

2. Claim No. 89 is allowed as an unsecured claim in the above-referenced bankruptcy case in the amount of $143,570.61.

3. Claim No. 105 is hereby deemed withdrawn in its entirety.

### End of Order ###

Agreed to by:

/s/ Max R. Tarbox
Max R. Tarbox (TSB No. 19639950)
TARBOX LAW, P.C.
2301 Broadway
Lubbock, Texas  79401
Telephone:  (806) 686-4448
Facsimile:  (806) 368-9785

***Counsel for Chapter 11 Trustee***

/s/ Bryan L. Elwood
Bruce H. White (TSB No. 21288850)
Bryan L. Elwood (TSB No. 24029535)
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas  75201
Telephone:  (214) 665-3600
Facsimile:  (214) 665-5941

***Counsel for Texas State Affordable Housing Corporation***

/s/ David R. Langston
David R. Langston (TSB No. 11923800)
MULLIN HOARD & BROWN, L.L.P.
1500 Broadway, Suite 700
P.O. Box 2585
Lubbock, Texas  79408-2585
Telephone:  (806) 765-7491
Facsimile:  (806) 765-0553

*Counsel for the Unsecured Creditors Committee*