Magic Media, L.L.C.
112 W 8th, Suite 340
Amarillo TX 79101

# Invoice

| Date | Invoice # |
|---|---|
| 9/25/2009 | 3554 |

**Bill To**

MULLIN, HOARD & BROWN, L.L.P.
500 S. Taylor - Suite 800
Amarillo, Texas 79120-1656

| REF# | Terms |
|---|---|
|  | Net 10 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3,180 | Scanning - 09-09_18 Box 2 of 6 Set 2 of 2 - Sterqfam_A_03173 - Sterqfam_A_6352 | 0.15 | 477.00T |
| 3,180 | OCR Documents - Sterqfam_A_03173 - Sterqfam_A_6352 | 0.015 | 47.70T |
| 3,172 | Scanning - 09-09_19 Box 1 of 6 Set 1 of 2 - Sterqfam_A_00001 - Sterqfam_A_3172 | 0.15 | 475.80T |
| 3,172 | OCR Documents - Sterqfam_A_00001 - Sterqfam_A_3172 | 0.015 | 47.58T |
|  | Sales Tax | 8.25% | 86.47 |

**Total** $1,134.55

| Due Date | 10/5/2009 |
|---|---|

| Phone # | Tax I.D. Number |
|---|---|
| (806) 373-1539 | 75-3060013 |

Magic Media, L.L.C.
112 W 8th, Suite 340
Amarillo TX  79101

# Invoice

| Date | Invoice # |
|---|---|
| 9/29/2009 | 3565 |

| Bill To |
|---|
| MULLIN, HOARD & BROWN, L.L.P.<br>500 S. Taylor - Suite 800<br>Amarillo, Texas 79120-1656 |

| REF# | Terms |
|---|---|
|  | Net 10 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3,212 | Scanning - 09_09_22 Box 3 of 6 Set 1 of 2 - Sterqfam_A_06353 - Sterqfam_A_09564 | 0.15 | 481.80T |
| 3,212 | OCR Documents - Sterqfam_A_06353 - Sterqfam_A_09564 | 0.015 | 48.18T |
| 2,400 | Scanning - 09_09_25 Box 6 of  Set 2 of 2 - Sterqfam_A_12177 - Sterqfam_A_14576 | 0.15 | 360.00T |
| 2,400 | OCR Documents - Sterqfam_A_12177 - Sterqfam_A_14576 | 0.015 | 36.00T |
| 2,810 | Scanning - 09_09_26 Box 3 of  Set 1 of 2 - Sterqfam_A_19017 - Sterqfam_A_20667 & Sterqfam_A_16075 - Sterqfam_A_17233 | 0.15 | 421.50T |
| 2,810 | OCR Documents - Sterqfam_A_19017 - Sterqfam_A_20667 & Sterqfam_A_16075 - Sterqfam_A_17233 | 0.015 | 42.15T |
|  | Sales Tax | 8.25% | 114.64 |

**Total** $1,504.27

| Due Date | 10/9/2009 |
|---|---|

| Phone # | Tax I.D. Number |
|---|---|
| (806) 373-1539 | 75-3060013 |

Magic Media, L.L.C.
112 W 8th, Suite 340
Amarillo TX 79101

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2009 | 3567 |

| Bill To |
|---|
| MULLIN, HOARD & BROWN, L.L.P.<br>500 S. Taylor - Suite 800<br>Amarillo, Texas 79120-1656 |

| REF# | Terms |
|---|---|
|  | Net 10 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2,612 | Scanning - 09_09_24 Box 5 of 6 Set 1 of 2 - Sterqfam_A_09565 - Sterqfam_A_12176 | 0.15 | 391.80T |
| 2,612 | OCR Documents - Sterqfam_A_09565 - Sterqfam_A_12176 | 0.015 | 39.18T |
| 2,650 | Scanning - 09_09_25 Box 1 of 1 Set 2 of 2 - Sterqfam_A_14577 - Sterqfam_A_16074 & Sterqfam_A_18378 - Sterqfam_A_19016 & Sterqfam_A_20668 - Sterqfam_A_21180 | 0.15 | 397.50T |
| 2,650 | OCR Documents - Sterqfam_A_14577 - Sterqfam_A_16074 & Sterqfam_A_18378 - Sterqfam_A_19016 & Sterqfam_A_20668 - Sterqfam_A_21180 | 0.015 | 39.75T |
| 1,144 | Scanning - 09_09_28 Box 5 of Set 1 of 2 - Sterqfam_A_17234 - Sterqfam_A_18377 | 0.15 | 171.60T |
| 1,144 | OCR Documents - Sterqfam_A_17234 - Sterqfam_A_18377 | 0.015 | 17.16T |
|  | Sales Tax | 8.25% | 87.20 |

**Total** $1,144.19

| Due Date |
|---|
| 10/10/2009 |

| Phone # | Tax I.D. Number |
|---|---|
| (806) 373-1539 | 75-3060013 |

Magic Media, L.L.C.

112 W 8th, Suite 340

Amarillo TX 79101

# Invoice

| Date | Invoice # |
|---|---|
| 9/28/2009 | 3557 |

**Bill To**

Attn: Mr. David Mullin
MULLIN, HOARD & BROWN, L.L.P.
500 S. Taylor - Suite 800
Amarillo, Texas 79120-1656

| REF# | Terms |
|---|---|
|  | Net 10 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Solo Master - OnSite - Forensic Copy - Lana Demsey Office Computer | 340.00 | 340.00T |
|  | Hardware | 175.00 | 175.00T |
| 2.75 | Solo Master - Forensic Copy | 340.00 | 935.00T |
|  | Solo Master - OnSite - Forensic Copy - Lauri Fisher | 340.00 | 340.00T |
| 1 | Hardware | 175.00 | 175.00T |
| 2.25 | Solo Master - Forensic Copy | 340.00 | 765.00T |
|  | Solo Master - OnSite - Forensic Copy Back Up Server | 340.00 | 340.00T |
| 1 | Hardware | 175.00 | 175.00T |
| 3.5 | Solo Master - Forensic Copy | 340.00 | 1,190.00T |
|  | Sales Tax | 8.25% | 365.89 |

**Total** $4,800.89

| Due Date | 10/8/2009 |
|---|---|

| Phone # | Tax I.D. Number |
|---|---|
| (806) 373-1539 | 75-3060013 |

Magic Media, L.L.C.

112 W 8th, Suite 340

Amarillo TX 79101

# Invoice

| Date | Invoice # |
|---|---|
| 10/28/2009 | 3609 |

**Bill To**

MULLIN, HOARD & BROWN, L.L.P.
500 S. Taylor - Suite 800
Amarillo, Texas 79120-1656

| REF# | Terms |
|---|---|
|  | Net 10 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Hardware - HD-2011-8 Pack - Universal Size Hard Drive Case - 8 Pack case with wheels | 260.00 | 260.00T |
| 1 | Hardware - HD-221812 - 24 Pack Universal Size Hard Drive Case - 24 Pack case with wheels | 455.00 | 455.00T |
| 1 | Shipping & Handling | 102.50 | 102.50 |
|  | Sales Tax | 8.25% | 58.99 |

**Total** $876.49

| Due Date | 11/7/2009 |
|---|---|

| Phone # | Tax I.D. Number |
|---|---|
| (806) 373-1539 | 75-3060013 |

Magic Media, L.L.C.
112 W 8th, Suite 340
Amarillo TX 79101

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2009 | 3649 |

**Bill To**
Mr. David Mullin
MULLIN, HOARD & BROWN, L.L.P.
500 S. Taylor - Suite 800
Amarillo, Texas 79120-1656

| REF# | Terms |
|---|---|
|  | Net 10 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1.25 | Electronic Data Discovery - Employee 227 mB 220 E-mail files to 31 images AHF_EML_00304454 - 00304485 - Meta data and ocr included | 175.00 | 218.75T |
| 0.5 | Electronic Data Discovery - Employee 281 KB 0 E-mail files to 0 images AHF_EML_00304486 - 00304486 - Meta data and ocr included | 175.00 | 87.50T |
| 0.75 | Electronic Data Discovery - Employee 23.7 mB 504 E-mail files to 789 images AHF_EML_00304487 - 00305276 - Meta data and ocr included | 175.00 | 131.25T |
| 0.75 | Electronic Data Discovery - Employee 21.6 mB 187 E-mail files to 636 images AHF_EML_00305277 - 00305913 - Meta data and ocr included | 175.00 | 131.25T |
| 0.75 | Electronic Data Discovery - Employee 7.22 mB 84 E-mail files to 344 images AHF_EML_00305914 - 00306528 - Meta data and ocr Included | 175.00 | 131.25T |
| 1 | Electronic Data Discovery - Employee 40.4 mB 469 E-mail files to 742 images AHF_EML_003062529 - 00307001 - Meta data and ocr included | 175.00 | 175.00T |
| 1.25 | Electronic Data Discovery - Employee 100 mB 1 E-mail file to 1 image AHF_EML_00307002 - 00307003 - Meta data and ocr included | 175.00 | 218.75T |
| 0.75 | Electronic Data Discovery - Employee 12.4 mB 61 E-mail files to 75 images AHF_EML_00307004 - 00307079 - Meta data and ocr included | 175.00 | 131.25T |
| 2.75 | Electronic Data Discovery - Employee 260 mb 1560 E-mail files to 3686 images AHF_EML_00307080 - 00310766 - Meta data and ocr included | 175.00 | 481.25T |
| 14.25 | Electronic Data Discovery - Employee 1.83 GB 6092 E-mail files to 48588 images AHF_EML_00310767 - 003359355 - Meta data and ocr included | 175.00 | 2,493.75T |
| 2.25 | Electronic Data Discovery - Employee 587 mB 3660 E-mail files to 10050 images AHF_EML_00359356 - 00369406 - Meta data and ocr included | 175.00 | 393.75T |
| 1 | Electronic Data Discovery - Employee 95.2 mB 1243 E-mail files to 3801 images AHF_EML_00369407 - 00373208 - Meta data and ocr included | 175.00 | 175.00T |
| 26.75 | Electronic Data Discovery - Employee 3.54 GB 9753 E-mail files to 25654 images AHF_EML_00373209 - 00398863 - Meta data and ocr included | 175.00 | 4,681.25T |

**Total**

| Due Date | 12/10/2009 |
|---|---|

| Phone # | Tax I.D. Number |
|---|---|
| (806) 373-1539 | 75-3060013 |

Page 1

Magic Media, L.L.C.

112 W 8th, Suite 340

Amarillo TX 79101

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2009 | 3649 |

**Bill To**

Mr. David Mullin
MULLIN, HOARD & BROWN, L.L.P.
500 S. Taylor - Suite 800
Amarillo, Texas 79120-1656

| REF# | Terms |
|---|---|
|  | Net 10 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 28.5 | Electronic Data Discovery - Employee 3.04 GB 7169 E-mail files to 13896 images AHF_EML_00398864 - 00412760 - Meta data and ocr included | 175.00 | 4,987.50T |
| 0.5 | Electronic Data Discovery - Employee 35.1 mB 383 E-mail files to 584 images AHF_EML_00412761 - 00413345 - Meta data and ocr included | 175.00 | 87.50T |
| 0.5 | Electronic Data Discovery - Employee 468 KB 25 E-mail files to 40 images AHF_EML_00413346 - 00413386 - Meta data and ocr included | 175.00 | 87.50T |
| 0.75 | Electronic Data Discovery - Employee 16.5 mb 359 E-mail files to 508 images AHF_EML_00413387 - 00413895 - Meta data and ocr included | 175.00 | 131.25T |
| 0.75 | Electronic Data Discovery - Employee 35.3 mb 154 E-mail files to 508 images AHF_EML_00413896 - 00414404 - Meta data and ocr included | 175.00 | 131.25T |
| 1 | Electronic Data Discovery - Employee 114 mb 1235 E-mail files to 1798 images AHF_EML_00414405 - 00416203 - Meta data and ocr included | 175.00 | 175.00T |
| 1 | Electronic Data Discovery - Employee 31.9 mb KB 207 E-mail files to 725 images AHF_EML_00416204 - 00416929 - Meta data and ocr included | 175.00 | 175.00T |
| 0.75 | Electronic Data Discovery - Employee 50.9 mb 908 E-mail files to 2383 images AHF_EML_00416930 - 00419313 - Meta data and ocr included | 175.00 | 131.25T |
| 17.25 | Electronic Data Discovery - Employee 1.83 GB 3344 E-mail files to 11846 images AHF_EML_00413346 - 0043160 - Meta data and ocr included | 175.00 | 3,018.75T |
| 1.25 | Electronic Data Discovery - Employee 48.9 mb 1210 E-mail files to 2425 images AHF_EML_00431161 - 00433586 - Meta data and ocr included | 175.00 | 218.75T |
| 7 | Electronic Data Discovery - Employee 732 mb 3308 E-mail files to 7524 images AHF_EML_00433587 - 004441111 - Meta data and ocr included | 175.00 | 1,225.00T |
| 3.5 | Electronic Data Discovery - Employee 384 mb 550 E-mail files to 7445 images AHF_EML_004411126 - 00448557 - Meta data and ocr included | 175.00 | 612.50T |
| 0.75 | Electronic Data Discovery - Employee 72.3 mb 1585 E-mail files to 2927 images AHF_EML_00448558 - 00451485 - Meta data and ocr included | 175.00 | 131.25T |

**Total**

| Due Date | 12/10/2009 |
|---|---|

| Phone # | Tax I.D. Number |
|---|---|
| (806) 373-1539 | 75-3060013 |

Page 2

Magic Media, L.L.C.
112 W 8th, Suite 340
Amarillo TX 79101

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2009 | 3649 |

**Bill To**

Mr. David Mullin
MULLIN, HOARD & BROWN, L.L.P.
500 S. Taylor - Suite 800
Amarillo, Texas 79120-1656

| REF# | Terms |
|---|---|
|  | Net 10 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Electronic Data Discovery - Employee 133 mb 3322 E-mail files to 8102 images AHF_EML_00451486 - 00459588 - Meta data and ocr included | 175.00 | 175.00T |
| 39 | Electronic Data Discovery - Employee 7.45 GB 15281 E-mail files to 89636 images AHF_EML_00459589 - 00549225 - Meta data and ocr included | 175.00 | 6,825.00T |
| 33.5 | Electronic Data Discovery - Employee 3.56 gb 5032 E-mail files to 44391 images AHF_EML_00583354 - 006277455 - Meta data and ocr included | 175.00 | 5,862.50T |
|  | Sales Tax | 8.25% | 2,757.56 |

**Total** $36,182.56

| Due Date | 12/10/2009 |
|---|---|

| Phone # | Tax I.D. Number |
|---|---|
| (806) 373-1539 | 75-3060013 |

Page 3

# Invoice

Magic Media, L.L.C.
112 W 8th, Suite 340
Amarillo TX  79101

| Date | Invoice # |
|---|---|
| 12/15/2009 | 3672 |

**Bill To**

Attn: Mr. David Mullin
MULLIN, HOARD & BROWN, L.L.P.
500 S. Taylor - Suite 800
Amarillo, Texas 79120-1656

| REF# | Terms |
|---|---|
|  | Net 10 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Electronic Data Discovery - Jane Rosenbloom - email 32kb 2 email files to 3 image files - AHF_EML_00627747 - 627750 meta data included with ocr | 175.00 | 175.00T |
| 38.25 | Electronic Data Discovery - Jeff Richards - email 4.04 GB 8991 email files to 46,230 images - AHF_EML_00627751 - 00673981 meta data included with ocr | 175.00 | 6,693.75T |
| 14.5 | Electronic Data Discovery - JoAnn Cruz - email 1.44 GB 10,738 email files to 24978 images - AHF_EML_00673982 - 00698960 meta data included with ocr | 175.00 | 2,537.50T |
| 1 | Electronic Data Discovery - John Barrow 16.1 mb 110 emails to 326 images - AHF_EML_00698961 - AHF_EML_00699287 | 175.00 | 175.00T |
| 2.5 | Electronic Data Discovery - Jim Fletcher - 203 mb 220 emails to 1192 images - AHF_EML_00699288 - 00700480 | 175.00 | 437.50T |
|  | Sales Tax | 8.25% | 826.55 |

**Total** $10,845.30

| Due Date | 12/25/2009 |
|---|---|

| Phone # | Tax I.D. Number |
|---|---|
| (806) 373-1539 | 75-3060013 |