Max R. Tarbox; SBN: 19639950
TARBOX LAW, P.C.
2301 Broadway
Lubbock, Texas 79401
806/686-4448; 806/7368-9785(FAX)
*Attorneys for Chapter 11 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| AMERICAN HOUSING FOUNDATION | § § | CASE NO. 09-20232-RLJ-11 |
| Debtor-in-Possession | § | *Hearing: September 9, 2010 at 1:30 p.m.* |

**NOTICE OF HEARING AND
NOTICE OF TRUSTEE'S FIRST AND FINAL MOTION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF MAGIC MEDIA, L.L.C. AS COMPUTER
CONSULTANT FOR AMERICAN HOUSING FOUNDATION AND REQUEST FOR
PAYMENT FROM LIFE INSURANCE PROCEEDS HELD IN THE REGISTRY OF
THE COURT**

TO:    ALL CREDITORS AND PARTIES-IN-INTEREST

Please take notice that Walter O'Cheskey, Chapter 11 Trustee of the above referenced case, has filed his First and Final Motion for Compensation and Reimbursement of Expenses of Magic Media, L.L.C. as Computer Consultant for American Housing Foundation and Request for Payment from Life Insurance Proceeds Held in the Registry of the Court seeking a current total of $43,443.75 in fees and $13,044.50 in expenses, plus an additional $102,468.09 in fees and expenses that were approved by this court on January 24, 2010 for a grand total of $158,956.34, with payment to be made from life insurance proceeds held in the registry of the court in the amount of $71,409.24, representing 40% of the fees ($58,364.74) and 100% of the expenses ($13,044.50).

## NOTICE OF OPPORTUNITY FOR OBJECTION

YOU ARE HEREBY NOTIFIED THAT, PURSUANT TO SECTION 102 OF THE BANKRUPTCY CODE, YOU ARE GIVEN UNTIL **SEPTEMBER 3, 2010** TO FILE YOUR WRITTEN OBJECTION TO THE INTERIM MOTION WITH THE BANKRUPTCY CLERK, P.O. BOX 15960, AMARILLO, TEXAS 79105.  IF NO WRITTEN OBJECTIONS ARE FILED BY THAT DATE, THE COURT MAY ACT UPON THE MATTER WITHOUT FURTHER NOTICE.  IF WRITTEN OBJECTIONS ARE FILED, THE MATTER WILL BE HEARD ON **SEPTEMBER 9, 2010 AT 1:30 P.M.** IN ROOM 100, 624 SOUTH POLK STREET, AMARILLO, TEXAS.

You may request a copy of the First and Final Motion for Compensation and Reimbursement of Expenses of Magic Media, LLC from Max R. Tarbox, 2301 Broadway, Lubbock, Texas 79401.

Dated: August 13, 2010

> Respectfully submitted,
>
> TARBOX LAW, P.C.
> 2301 Broadway
> Lubbock, Texas 79401
> 806/686-4448; 806/368-9785 (FAX)
>
>     /s/ Max R. Tarbox
> Max R. Tarbox
> State Bar No. 19639950
> *Attorney for Chapter 11 Trustee*

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice was served by either court enabled electronic service or regular first class U.S. Mail upon the following listed parties on this 13th day of August, 2010:

1. All creditors and parties in interest listed on the attached mailing matrix.

>     /s/ Max R. Tarbox
> Max R. Tarbox