United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242  (214) 767-8967

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| American Housing Foundation, Inc. | § | Case No.  09-20232-RLJ-11 |
| | § | |
| Debtor | § | Chapter 11 |

## Appointment of Second Amended Official Unsecured Creditors' Committee

Pursuant to 11 U.S.C. §1102(a)(1), the following persons are appointed to the Second Amended Official Unsecured Creditors' Committee in the above styled and numbered case:

Rainier American Investors (I, II and III)
Tim Nichols
13760 Noel Road, Suite 800
Dallas, TX  75240
phone: 214-234-8210
fax:     214-234-8202
email:  tnichols@rainiercapital.com

Terrill F. Horton
1330 N. White Chapel Blvd, Suite 300
Southlake, TX  76092
phone: 817-822-6826

Herring Bank
Campbell Burgess
P.O. Box 9900
Amarillo, TX  79105
phone: 806-373-3921
fax:     806-372-8230

Attebury Family Partnership
Ed Attebury
P.O. Box 7446
Amarillo, TX  79114
Phone:  806-355-8253

August 31, 2010                           William T. Neary
                                          United States Trustee
                                               /s/ Mary Frances Durham
                                          Mary Frances Durham, TXB #00790144
                                          United States Department of Justice
                                          Office of the United States Trustee
                                          1100 Commerce Street, Room 976
                                          Dallas, TX  75242   (214) 767-1241
                                          maryfrances.durham@usdoj.gov
                                          214-767-8971 (fax number)

                          Certificate of Service

        I hereby certify that I mailed a copy of the above document to the persons listed above by first class, United States mail, postage pre-paid on August 31, 2010.
                                  /s/  Mary Frances Durham
                                Mary Frances Durham