Max R. Tarbox (TX 19639950)
TARBOX LAW, P.C.
2301 Broadway
Lubbock, Texas 79401
Phone: 806.686.4448
Fax: 806.368.9785

Stephen A. McCartin (TX 13374700)
Marcus A. Helt (TX 24052187)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: 214.999.3000
Facsimile: 214.999.4667

**COUNSEL FOR WALTER
O'CHESKEY, CHAPTER 11 TRUSTEE**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| American Housing Foundation, | § | Case No.: 09-20232-RLJ |
| | § | |
| Debtor. | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing on the *Trustee's Motion to Continue Hearings on the Disclosure Statements, to Defer Mailing of Competing Plan, and to Request Mediation* [Docket No. 1585] (the "**Motion**"). The hearing on the Motion will be before the Honorable Robert L. Jones, United States Bankruptcy Judge for the Northern District of Texas, at 624 South Polk, Room 100, Amarillo, Texas, on **September 14, 2010, at 9:00 a.m. (CST).**

Dated: September 9, 2010

Respectfully submitted,

Max R. Tarbox (TX 19639950)
Tarbox Law, P.C.
2301 Broadway
Lubbock, Texas 79401
Phone: 806.686.4448
Fax: 806.368.9785

and

*/s/ Marcus A. Helt*
Stephen A. McCartin (TX 13374700)
Marcus A. Helt (TX 24052187)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: 214.999.3000
Facsimile: 214.999.4667

COUNSEL FOR WALTER O'CHESKEY, CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

This is to certify that on September 9, 2010, a true and correct copy of the foregoing document was served electronically by the Court's ECF/PACER system.

*/s/ Marcus A. Helt*
Marcus A. Helt