John C. Sims
SIMS, HUBBERT & WILSON
Attorneys at Law
P.O. Box 10236
Lubbock, Texas 79408
(806) 763-9555
(806) 763-5804 Fax

*Attorneys for Attebury Family Partnership, LP*

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| AMERICAN HOUSING FOUNDATION | § § | Case No. 09-20232-11 |
| Debtor. | § § | |

## NOTICE OF HEARING ON ATTEBURY FAMILY PARTNERSHIP, LP'S 3018(a) MOTION

Please be advised that Attebury Family Partnership, LP's 3018(a) Motion (Docket No. 1608) has been set for hearing before the Honorable Robert L. Jones on Friday, October 8, 2010 at 1:30 p.m. in Room 100, VIDEO, 624 S. Polk Street, Amarillo, Texas 79101.

DATED this the 14th day of September, 2010.

Respectfully submitted;

John C. Sims
SIMS, HUBBERT & WILSON
Attorneys at Law
P.O. Box 10236
Lubbock, Texas 79408
(806) 763-9555
(806) 763-5804 Fax

*[signature]*

John C. Sims, SBN 18426000
Attorney for Attebury Family
Partnership, LP

## CERTIFICATE OF SERVICE

  I certify that on this the 14th day of September, 2010, I served true and correct copies of the foregoing on all creditors and parties in interest who have filed appearances or who are registered with the U.S. Bankruptcy Court for the Northern District of Texas to receive electronic notices in this case.

                 /s/ John C. Sims
                 John C. Sims