Max R. Tarbox (TX 19639950)
TARBOX LAW, P.C.
2301 Broadway
Lubbock, Texas 79401
Phone: 806.686.4448
Fax: 806.368.9785

Stephen A. McCartin (TX 13374700)
Marcus A. Helt (TX 24052187)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: 214.999.3000
Facsimile: 214.999.4667

**COUNSEL FOR WALTER
O'CHESKEY, CHAPTER 11 TRUSTEE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **American Housing Foundation,** | § | **Case No.: 09-20232-RLJ** |
| | § | |
| **Debtor.** | § | |

### NOTICE OF WITHDRAWAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that Walter O'Cheskey, the chapter 11 trustee for the bankruptcy estate of American Housing Foundation, Inc. (the "Trustee") hereby withdraws his *Amended Motion to Continue Hearings on the Disclosure Statements, to Defer Mailing of Competing Plans, and to Terminate or Reconstitute the Creditors Committee Pursuant to 11 U.S.C. § 1102* [Docket No. 1604] (the "Motion"). This withdrawal is without prejudice to refilling of the Motion (or a further amended version thereof) at a later time.

Dated: September 16, 2010

Respectfully submitted,

Max R. Tarbox (TX 19639950)
Tarbox Law, P.C.
2301 Broadway
Lubbock, Texas 79401
Phone: 806.686.4448
Fax: 806.368.9785

and

*/s/ Marcus A. Helt*
Stephen A. McCartin (TX 13374700)
Marcus A. Helt (TX 24052187)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: 214.999.3000
Facsimile: 214.999.4667

COUNSEL FOR WALTER O'CHESKEY,
CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

This is to certify that on September 16, 2010, a true and correct copy of the foregoing document was served electronically by the Court's ECF/PACER system.

*/s/ Marcus A. Helt*
Marcus A. Helt