Max R. Tarbox (TX 19639950)
TARBOX LAW, P.C.
2301 Broadway
Lubbock, Texas 79401
Phone: 806.686.4448
Fax: 806.368.9785

Stephen A. McCartin (TX 13374700)
Marcus A. Helt (TX 24052187)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: 214.999.3000
Facsimile: 214.999.4667

**COUNSEL FOR WALTER O'CHESKEY,
CHAPTER 11 TRUSTEE**

David C. Mullin (TX 14651600)
David R. Langston (TX 11923800)
MULLIN, HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408
Telephone: 806.765.7491
Facsimile: 806.765.0553

**COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **American Housing Foundation, Inc.** | § | **Case No.: 09-20232-RLJ** |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

## CERTIFICATE OF SERVICE – SOLICITATION PACKAGE (AHFD)

I hereby certify that Gardere Wynne Sewell ("Gardere") directed Equivalent Data to serve true and correct copies of the below listed documents via First Class United States Mail, postage prepaid on the individuals on the service list attached hereto as <u>Exhibit A</u> on October 28, 2010.

- Solicitation Letter;

- AHF Development Solicitation Letter;

- *Order (I) Approving Disclosure Statement to Joint Chapter 11 Plan, (II) Approving the Procedures to Solicit Acceptances of the Plan, (III) Scheduling a Hearing and Establishing Notice and Objection Procedures for Confirmation of*

*the Plan; and (IV) Authorizing Other Relief Related to Plan Solicitation and Confirmation* [Docket No. 1746];

- Ballot;

- *Confirmation Hearing Notice* [Docket No. 1748];

- *First Amended Disclosure Statement to First Amended Joint Chapter 11 Plan Filed by Chapter 11 Trustee and Official Committee of Unsecured Creditors* [Docket No. 1736];

- *First Amended Joint Chapter 11 Plan Filed by the Chapter 11 Trustee and the Official Committee of Unsecured Creditors* [Docket No. 1747];

- *First Plan Supplement to and in Support of First Amended Joint Chapter 11 Plan* [Docket No. 1754].

Attached hereto as <u>Exhibit B</u> is Equivalent Data's Certificate of Service verifying the above mentioned documents were served in accordance with Gardere's instructions on October 28, 2010.

Dated: November 5, 2010

Respectfully Submitted,

Max R. Tarbox (TX 19639950)
TARBOX LAW, P.C.
2301 Broadway
Lubbock, Texas 79401
Phone: 806.686.4448
Fax: 806.368.9785

and

*/s/ Marcus A. Helt*
Stephen A. McCartin (TX 13374700)
Marcus A. Helt (TX 24052187)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: 214.999.3000
Facsimile: 214.999.4667

**COUNSEL FOR WALTER O'CHESKEY, CHAPTER 11 TRUSTEE**

David C. Mullin (TX 14651600)
David R. Langston (TX 11923800)
MULLIN, HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408
Telephone: 806.765.7491
Facsimile: 806.765.0553

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

# EXHIBIT A

Class 15
Allowed Soft Money Investor Claims

| Ballot No. | Creditor Name | Address 1 | Address 2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 5-02 | C.C. Burgess | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-04 | Campbell Burgess | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-06 | Chain-C Inc. | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-09 | Cornelia Slemp Trust | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-11 | Dennis Dougherty | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-14 | Herring Financial Services | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-16 | Louise JohnsonThomasTrust | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 113 W. 8th Ave, Suite 1000 | Amarillo | TX | 79102 | USA |
| 5-19 | Paul R. King | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-22 | Banjo, Inc | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-32 | Clay Storseth | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-36 | David Miller | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-38 | Estate of Frances Maddox | c/o Robert Templeton | 320 S. Polk | Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-40 | Frances Maddox Foundation | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-45 | Heron Land Company | c/o Robert Templeton | PO Box 15010 | | Amarillo | TX | 79105 | USA |
| 5-49 | Matt Malouf | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-52 | Robert L. Templeton | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-54 | Scott D Rice Trust | c/o Mark W. McBrayer | Crenshaw, Dupree & Milam, LLP | PO Box 1499 | Lubbock | TX | 79408 | USA |
| 5-56 | Storseth Family Trust | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-58 | Susan Solomon Miller | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-61 | William E Scott | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-63 | William E Scott IRA | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-65 | Burgess Trust #4 | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-67 | Carson Burgess Inc. | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-69 | Carson Herring Burgess | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-72 | Charlotte Burgess Griffiths | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-74 | Jessie Herring Johnson Estate Trust | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-76 | Jessie Herring Johnson Estate Trust #2 | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 5-78 | Keevin Clark | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |

Class 17
Allowed General Unsecured Claims

Total:

| Ballot No. | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 17-153 | American Housing Foundation | 1800 S. Washington | Suite 301 | | Amarillo | TX | 79102 | USA |

# EXHIBIT B



*Insight Into Data*®

325 North St. Paul
Suite 1400
Dallas, TX 75201

(866) EQD.INSIGHT
(866) 373.4674

www.EQD.com

**CERTIFICATE OF SERVICE-Solicitation Package (AHFD)**

The undersigned hereby certifies that 29 Solicitation Packages (AHFD) were delivered to and deposited at the United States Post Office via First Class United States mail, postage prepaid on the 28th day of October 2010. The Solicitation Packages (AHFD) were served upon the recipients on the attached list. The Solicitation Packages (AHFD) included the following documents:

1. SOLICITATION LETTER FROM DAVID LANGSTON

2. AHF-D SOLICITATION LETTER FROM MARCUS HELT

3. ORDER APPROVING DISCLOSURE STATEMENT [DOCKET NO. 1746]

4. AN APPROPRIATE BALLOT FOR ONE OF THE FOLLOWING CLASSES-
CLASS 15, CLASS 17

5. CONFIRMATION HEARING NOTICE [DOCKET NO. 1748]

6. DISCLOSURE STATEMENT [DOCKET NO. 1736]

7. PLAN [DOCKET NO. 1747]

8. FIRST PLAN SUPPLEMENT [DOCKET NO. 1754]

Client Matter #: AHF

Account Manager
Equivalent DATA

a M company

| Ballot No. | Creditor Name | Address 1 | Address 2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 15-2 | C.C. Burgess | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-4 | Campbell Burgess | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-6 | Chain-C Inc. | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-9 | Cornelia Slemp Trust | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-11 | Dennis Dougherty | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-14 | Herring Financial Services | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-16 | Louise JohnsonThomasTrust | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 113 W. 8th Ave, Suite 1000 | Amarillo | TX | 79102 | USA |
| 15-19 | Paul R. King | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-22 | Banjo, Inc | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-32 | Clay Storseth | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-36 | David Miller | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-38 | Estate of Frances Maddox | c/o Robert Templeton | 320 S. Polk | Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-40 | Frances Maddox Foundation | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-45 | Heron Land Company | c/o Robert Templeton | PO Box 15010 | | Amarillo | TX | 79105 | USA |
| 15-49 | Matt Malouf | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-52 | Robert L. Templeton | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-54 | Scott D Rice Trust | c/o Mark W. McBrayer | Crenshaw, Dupree & Milam, LLP | PO Box 1499 | Lubbock | TX | 79408 | USA |
| 15-56 | Storseth Family Trust | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-58 | Susan Solomon Miller | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-61 | William E Scott | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-63 | William E Scott IRA | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-65 | Burgess Trust #4 | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-67 | Carson Burgess Inc. | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-69 | Carson Herring Burgess | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-72 | Charlotte Burgess Griffiths | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-74 | Jessie Herring Johnson Estate Trust | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-76 | Jessie Herring Johnson Estate Trust #2 | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 15-78 | Keevin Clark | c/o Joe L. Lovell | Lovell, Lovell, Newsom & Isern, LLP | 112 W. 8th Ave, Suite 1000 | Amarillo | TX | 79101 | USA |
| 17-153 | American Housing Foundation | 1800 S. Washington | Suite 301 | | Amarillo | TX | 79102 | USA |