B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Texas

In re   **American Housing Foundation**                                        Case No.   **09-20232**

                                   Debtor(s)                           Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$153,455.00** | Debtor's gross income from Asset Management Fees in 2007 |
| **$121,002.00** | Debtor's gross income from Asset Management Fees in 2008 |
| **$202,493.00** | Debtor's gross income from Property Management Fees in 2007 |
| **$634,449.00** | Debtor's gross income from Property Management Fees in 2008 |
| **$21,071.00** | Debtor's gross income from Interest Income in 2007 |
| **$2,741.00** | Debtor's gross income from Interest Income in 2008 |
| **$-1,634.00** | Debtor's gross income from Rental Income in 2007 |
| **$33,431.00** | Debtor's gross income from Rental Income in 2008 |
| **$155,508.00** | Debtor's gross income from Resident Service Grant in 2007 |

| AMOUNT | SOURCE |
|--------|--------|
| $0.00 | Debtor's gross income from Resident Service Grant in 2008 |

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Administaff<br>19001 Crescent Springs Dr.<br>Kingwood, TX 77339 | 02/04/09; 02/20/09; 03/19/09 | $458,485.88 | $0.00 |
| Akard Plaza<br>3219 McKinney Avenue<br>Dallas, TX 75204 | 02/13/09; 03/13/09 | $54,110.86 | $0.00 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | 02/05/09 | $7,469.91 | $115,330.86 |
| AT & T<br>P.O. Box 5001<br>Carol Stream, IL 60197 | 02/05/2009 | $7,182.43 | $5,698.82 |
| Concierge American Housing<br>6919 Portwest Dr., #160<br>Houston, TX 77024 | 03/05/2009 | $35,000.00 | $0.00 |
| Gary Graham<br>5124 Olsen Circle<br>Amarillo, TX 79109 | 02/05/09; 03/01/09 | $45,266.00 | $0.00 |
| Graham Mortgage Corporation<br>3838 Oak Lawn Ave., #1500<br>Dallas, TX 75219 | 01/27/09; 02/27/09 | $15,000.00 | $0.00 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Greystone Servicing Group 152 West 57th St., 60th Floor New York, NY 10019 | 02/09/09 | $44,722.00 | $0.00 |
| Herring Bank 2201 Civic Circle Amarillo, TX 79109 | 02/18/09 | $9,042.12 | $6,211,958.99 |
| JSW Properties | 01/29/09; 02/27/09 | $19,388.00 | $87,246.00 |
| Mid-Continent CDC 1800 S. Washington, Ste. 206 Amarillo, TX 79102 | 03/17/09; 04/15/09 | $341,432.58 | $1,115,715.40 |
| Principal Payment | 01/30/2009 | $300,000.00 | $0.00 |
| Special Enforcement Bureau 350 Oaks Trail #124 Garland, TX 75043 | 03/10/09 | $23,688.00 | $0.00 |
| Suzanne Wendt 1673 E. Park Avenue Gilbert, AZ 85234 | 01/01/09; 02/05/09 | $3,505.86 | $3,813.51 |
| TAAHP 814 San Jacinto, Suite 408 Austin, TX 78701 | 03/15/09 | $25,000.00 | $0.00 |
| Timothy Pletta 315 Pinyon Lane Coppell, TX 75019 | 03/16/2009 | $9,577.74 | $0.00 |
| Votex Surveying Company 4548 Tuscany Drive Plano, TX 75093 | 03/01/09 | $7,894.20 | $0.00 |
| Walden Affordable Goup 2364 Highway 287 N., Ste. 103 Mansfield, TX 76063 | 02/02/09; 02/05/09; 02/10/09; 02/27/09 | $184,497.00 | $0.00 |
| Wal-Mart 3700 E. I-40 Amarillo, TX 79103 | 03/13/09 | $16,530.00 | $0.00 |

None  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
☐  creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| AHF Development Ltd. 1800 S. Washington, Ste. 311 Amarillo, TX 79102 Affiliated Company | 05/15/08 - 03/20/09 | $5,628,125.00 | $16,080,449.00 |
| AHF Management, LLC 1800 S. Washington, Ste. 311 Amarillo, TX 79102 Affiliated Company | 04/28/09 - 03/10/09 | $2,300,207.97 | $47,000.00 |
| Alvin Johnson 2607 Wolflin Ave., #195 Amarillo, TX 79109 Director | 11/19/08 - 12/15/08 | $1,150.13 | $158.89 |

4

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **American Express**<br>P.O. Box 650448<br>Dallas, TX 75265-0448<br>    Paid on behalf of CEO | 04/28/08 - 02/05/09 | $237,650.19 | $115,330.86 |
| **Claire Palmer**<br>2224 Clearspring Dr.<br>Irving, TX 75063<br>    General Counsel | 04/28/2008 | $622.99 | $244.71 |
| **Gene Morrison**<br>2224 Clearspring Dr.<br>Irving, TX 75063<br>    Employee | 10/23/2008 - 02/15/2009 | $12,664.82 | $1,354.79 |
| **Glenda David**<br>2700 W. 16th Ave., Apt. #129<br>Amarillo, TX 79102<br>    Secretary | 05/12/08 - 02/27/09 | $1,170.14 | $70.02 |
| **Joane Cruz-Perez**<br>5801 S. Bonham St.<br>Amarillo, TX 79118<br>    Employee | 06/04/2008 - 03/16/2009 | $26,814.63 | $0.00 |
| **Pamela McDonald**<br>3605 S. Milam St.<br>Amarillo, TX 79109<br>    Officer | 06/04/2008 - 11/19/2008 | $1,669.61 | $0.00 |
| **Michelle Abdoo**<br>12809 Margit Dr.<br>Austin, TX 78729<br>    Treasurer / Controller | 09/10/2008 | $500.00 | $87.14 |
| **Jeff Richards**<br>6403 Hurst Street<br>Amarillo, TX 79109<br>    CFO | 04/28/2008 - 10/10/2008 | $1,049.87 | $0.00 |
| **Rick Crawford**<br>38 St. Andrews Dr.<br>Amarillo, TX 79124<br>    Interim President | 05/12/2008 - 03/01/2009 | $11,772.91 | $0.00 |
| **Rupert Barron**<br><br>    Insider | 11/20/2008 - 12/15/2008 | $3,044.01 | $545,000.00 |
| **Steve Sterquell II**<br>3223 Crockett Street<br>Amarillo, TX 79109<br>    President | 10/10/08 - 05/28/2009 | $473.40 | $0.00 |
| **Steve W. Sterquell**<br>3223 Crockett Street<br>Amarillo, TX 79109<br>    CEO | 06/19/2008 - 02/06/2009 | $177,256.00 | $0.00 |

Best Case Bankruptcy

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| American Housing Foundation and College Station Southgate Village, Ltd. vs. Brazos County Appraisal District Case No.: 806-002010-CV-361 | Judicial Review of 2004, 2005 & 2006 Tax Exemptions | | Summary Judgment granted to Brazos County Appraisal District |
| American Housing Foundation et al vs. McLennan County Appraisal District Cause No.: 2005-2197-1 | Judicial Review of McLennan County Appraisal District's denial of 2005 & 2006 tax exemption | In the 19th District Court, McLennan County, Texas | Judgment was awarded to American Housing Foundation on 10/17/2008. Defendant filed an appeal which is pending |
| American Housing Foudation et al vs. Travis County Appraisal District Cause No.: GN300987 | Suit seeking tax exemption for 2002, 2003 and subsequent tax years | In the 353rd District Court, Travis County, Texas | Judgment wsa awarded to Travis County Appraisal Distict on 08/12/2008. American Housing Foundation filed an appeal which is pending |
| TRO Captain's Lending, LP and American Housing Foundation vs. The Galveston Central Appraisal District, Appellate District Cause No.: 01-05-00496-CV | Suit Seeking tax exemption for year of 2003 | In the Court of Appeals First District, Houston, Texas | Summary Judgment in favor of Galveston Central Appraisal District. American Housing Foundation filed an appeal which is pending. |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Brandywood Housing Ltd. and American Housing Foundation vs. Harris County Appraisal District<br>Cause No.: 2003-69254-A | Suit seeking judicial review of Harris County Appraisal District's denial of 2002 & 2003 tax exemption applications | In the 190th District Court, Harris County, Texas | Summary Judgment awarded to Harris County Appraisal Distict. American Housing Foundation filed an appeal which was denied 03/19/2009 |
| American Housing Foundation et al vs. McLennan County Appraisal District<br>Cause No.: 06-002010-CV361 | Suit seeking judicial review of Brazos Coutny Appraisal District's denial of 2004, 2005 & 2006 tax exemption appliacation | | Summary Judgment was granted to Brazos County Appraisal District on 09/29/2008 |
| Brandywood Housing Ltd. and American Housing Foundation vs. Harris County Appraisal District<br>Cause No.: 2006-79105 | Suit seeking judicial review of Harris County Appraisal District's denial of 2004 & 2005 tax exemption applications | In the 127th District Court, Harris County, Texas | Summary Judgment awarded to Harris County Appraisal District. American Housing Foundation filed an appeal which is pending. |
| American Housing Foundation et al vs. McLennan County Appraisal District<br>Cause No.: 2008-3270-4 | Suit seeking judicial review of McLeanna County Appraisal District's denial of 2007 & 2008 tax exemption. | In the 170th District Court, McLennan County, Texas | Pending |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

#### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

#### 7. Gifts

None ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Opportunity School** 1100 S. Harrison Amarillo, TX 79101 | **NONE** | 02/05/2009 | Monetary gift in the amount of $300.00 |
| **Richland Middle School** 7400 Hovenkamp Richland Hills, TX 76118 | **NONE** | 08/11/2008 | Monetary gift in the amount of $500.00 |

#### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Robert Yaquinto, Jr.<br>Sherman & Yaquinto, LLP<br>509 N. Montclair Avenue<br>Dallas, TX 75208-5498 | **prior to bankruptcy** | **$50,000.00** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.
■

NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY

**15. Prior address of debtor**

None  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
■    occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
     address of either spouse.

ADDRESS | NAME USED | DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
■    Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
     commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
     the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

   "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
   owned or operated by the debtor, including, but not limited to, disposal sites.

   "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
   pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■    or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
     the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■    Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■    the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
     docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| See Exhibit A to Schedule B-14 | | | | |

None
☐

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                ADDRESS
**See Exhibit A to Schedule B-14**

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Jack Traeger**<br>**3209 Centenary Avenue**<br>**Dallas, TX 75225** | **2004 - 2009** |
| **Michelle Abdoo**<br>**12809 Margit Dr.**<br>**Austin, TX 78729** | **2004 - 2010** |
| **Steve W. Sterquell, Deceased** | **1989 - 2009** |
| **Lauri Fisher**<br>**1580 N. 200 E.**<br>**Apt. 334**<br>**Logan, UT 84341** | **2001 - 2008** |

None
☐

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Brown Graham & Co | 9005 Mountain Rdge Dr.,#240<br>Austin, TX 78759 | 1994 - 2009 |
| Sterquell Hill & Goelzer, LP | 6601 I-40 W<br>Building Ste. 3<br>Amarillo, TX 79106 | 1989 - 2009 |
| Steve W. Sterquell, Deceased | | |
| Jack Traeger | 3209 Centenary Ave<br>Dallas, TX 75225 | 2004 - 2010 |

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Brown Graham & Co., PC | 9005 Mountain Ridge Dr., #240<br>Austin, TX 78759 |
| Michelle Abdoo | 12809 Margit Dr.<br>Austin, TX 78729 |
| Steve W. Sterquell, Deceased | |
| Jack Traeger | 3209 Centenary Ave.<br>Dallas, TX 75225 |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued by the debtor within two years immediately preceding the commencement of this case.

NAME AND ADDRESS                                  DATE ISSUED

**Wells Fargo Bank, NA**
**2000 S. Washington St.**
**Amarillo, TX 79109**

**Texas Capital Bank, NA**
**2000 McKinney Ave., Ste. 700**
**Dallas, TX 75201**

**Rainer Capital Management**
**13760 Noel Rd., Ste. 800**
**Dallas, TX 75240**

**Citigroup, NA**

**Freddie Mac**
**8200 Jones Branch Dr.**
**Mc Lean, VA 22102-3110**

**Fannie Mae**
**8200 Jones Branch Dr.**
**Mc Lean, VA 22102-3110**

**Happy State Bank & Trust Company**
**2531 Paramount**
**Amarillo, TX 79109**

**Herring Bank, NA**
**1001 S. Harrison St.**
**Amarillo, TX 79109**

**Real Page Software**
**4000 International Parkway**
**Carrollton, TX 75007-1913**

NAME AND ADDRESS                                         DATE ISSUED
**Key Equipment Finance**
**1000 South McCaslin Blvd.**
**Superior, CO 80027**

**JP Morgan Chase**

**Tigris Vendor Finance**
**Dept. 1608**
**Denver, CO 80291**

**Greystone & Co., Inc**
**152 W. 57th St., Fl. 60**
**New York, NY 10019-3310**

**Lockton Insurance Group**
**444 W. 47th St., Ste. 900**
**Kansas City, MO 64112**

**W & K Akard Plaza**
**1101 S. Akard St.**
**Dallas, TX 75215**

---

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■       and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| --- | --- |
| DATE OF INVENTORY | RECORDS |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| Rick Crawford 32 St. Andrews Amarillo, TX 79124 | President | n/a |
| Michelle Abdoo 12809 Margit Dr. Austin, TX 78729 | Treasurer | n/a |
| Glenda David 2700 W. 16th Amarillo, TX 79102 | Secretary | n/a |
| Jack Traeger 3209 Centenary Ave Dallas, TX 75225 | Vice President | n/s |

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| Steve Sterquell<br>3223 Crockett St.<br>Amarillo, TX 79109 | CEO | 04/02/2009 |
| Betty Sterquell<br>3223 Crockett St.<br>Amarillo, TX 79109 | Director | 04/02/2009 |
| Jeff Richards<br>6403 Hurst St.<br>Amarillo, TX 79109 | CFO | 04/02/2009 |
| Steve Sterquell, II<br>3223 Crockett St.<br>Amarillo, TX 79109 | President | 05/02/2009 |
| Pamela McDonld<br>3605 S. Milam St.<br>Amarillo, TX 79109 | Officer | 05/02/2009 |
| Scott Rice<br>P.O. Box 32<br>Pecos, NM 87552 | Director | 04/02/2009 |
| Randy Sharp<br>314 S. Jefferson St.<br>Amarillo, TX 79101 | Director | 04/02/2009 |
| Maria Zambrano | Director | 10/01/2008 |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Rick Crawford<br>38 Saint Andrews Drive<br>Amarillo, TX 79124<br>   Interim President | Annual wages | $170,000.00 |
| Claire Palmer<br>2224 Clearspring Dr<br>Irving, TX 75063<br>   General Counsel | Annual Wages | $130,000.00 |
| Michelle Abdoo<br>12809 Margit Drive<br>Austin, TX 78729<br>   Treasurer / Controller | Annual Wages | $72,000.00 |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Glenda David<br>2700 W. 16th Ave., Apt. 129<br>Amarillo, TX 79102<br>  Secretary | Annual wages | $89,000.00 |
| Alvin Johnson<br>2607 Wolflin Ave #195<br>Amarillo, TX 79109<br>  Director | Annual wages | $60,000.00 |
| James Fletcher<br>3415 Tripp Avenue<br>Amarillo, TX 79121<br>  Chairman | Annual wages | $36,000.00 |
| Larry Bunn<br>2603 S. Travis St.<br>Amarillo, TX 79109<br>  Insider | Annual wages | $120,000.00 |
| Steve Sterquell<br>3223 Crockett St.<br>Amarillo, TX 79109<br>  CEO | Annual Wages | $252,000.00 |
| Jack Traeger<br>3209 Centenary Avenue<br>Dallas, TX 75225<br>  Vice President | Annual wages | $160,000.00 |
| Jeff Richards<br>6403 Hurst St.<br>Amarillo, TX 79109<br>  CFO | Annual Wages | $160,000.00 |
| Steve Sterquell, II<br>3223 Crockett St.<br>Amarillo, TX 79109<br>  President | Annual wages | $120,000.00 |
| Jeffrey Carpenter<br>7246 Mimosa Lane<br>Dallas, TX 75230<br>  Officer | Annual wages | $259,000.00 |
| Pam McDonald<br>3605 S. Milam Street<br>Amarillo, TX 79109<br>  Officer | Annual wages | $102,000.00 |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

15

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **November 24, 2010**          Signature   **/s/ Walter O'Cheskey**
                                                **Walter O'Cheskey**
                                                **Chapter 11 Trustee**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# American Housing Foundation
## Schedule B
### Exhibit A - Interests in Partnerships (Item 14)

| Desc | EIN Number | HUD Involvement | 100% AHF Owned | Non-Profit | For-Profit | AHF GP or Member | AHF Entity LIHTC GP | LIHTC Part. | Other Development Partnership | Not Active | To Be Dissolved 2009 | Valuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AHF-AL, LLC | 26-1 92438 | x | x | x | x | x | | | x | x | x | |
| AHF-AL Affordable Housing, LP | 26-3086676 | | x | | x | x | | | x | x | x | |
| AHF Arizona, LLC | 20-0282088 | | x | x | | | | | | | | |
| AHF/Amarillo Bel-Aire, Inc. | 75-2707154 | x | x | | x | x | x | x | | | | |
| AHF/Astoria Park, Inc. | 75-2707153 | | x | | x | x | x | x | | x | | |
| AHF Alameda Villas, LLC | 26-3575340 | | x | x | | | | | | | | |
| AHF Community Development, LLC | 75-2562337 | | x | x | | | | | x | | | |
| AHF Cypress View Villas, LLC | 26-3575404 | | x | x | | | | | | x | | |
| AHF Development, Ltd | 75-2780723 | | | | x | x | | | x | | | |
| AHF/Paloma Village Apartments, LLC | 26-0421177 | x | x | x | | | | | | | | |
| AHF/Amway Village, Inc. | 75-2922432 | x | x | | x | x | x | x | | | | |
| AHF Columbus Village Apartments, LLC | 26-0421136 | x | x | x | | | | | | | | |
| AHF/Bonita, LLC | 20-0281299 | | x | x | | | | | | | | |
| AHF-GA, LLC | 26-1 925248 | x | x | x | | | | | | | | |
| AHF-GA Affordable Housing, LP | 26-3084117 | | x | | x | x | | | x | x | x | |
| AHF/Glenwood, Inc. | 20-013895 2 | | x | | x | x | x | x | x | | | |
| AHF-AOZ, Inc. | 20-4392500 | | x | | x | x | | x | x | | | |
| AHF Gray Ranch, Ltd | 26-2602846 | | | | x | x | | | x | | | |
| AHF Green Acres, Inc. | 75-2879147 | | x | | x | | x | x | | | | |
| AHF Greenlee Village, Inc. | 75-2835294 | | x | | x | | x | x | x | | | |
| AHF-HI II, Inc. | 20-4226902 | | x | | x | x | | | x | | x | |
| AHF-HI, Inc. | 20-4226954 | | x | | x | x | | | x | | | |
| AHF-DW II, Inc. | 75-2829410 | x | x | x | | | | | x | | | |
| AHF/Highland Oaks Community Development, LLC | 75-2783204 | x | x | x | | | | | x | | | |
| AHF/Hurst Manor Community Development, LLC | 26-1 925059 | x | x | x | | | | | | | | |
| AHF/JCY, LLC | 26-3069515 | | x | | x | x | | | x | x | x | |
| AHF Key Affordable Housing, LP | 26-0052302 | | x | x | | x | | | x | x | x | |
| AHF Management, LLC | 20-4392422 | | x | x | | | | | x | | | |
| AHF-M2M, Inc. | 20-4392422 | | x | x | x | x | | | x | x | | |
| AHF Midtown Village, Inc | 20-8799303 | x | x | x | x | x | | | x | x | | |
| AHF-AIS, LLC | 26-1 937964 | x | x | x | | | | | | | | |
| AHF-NC, LLC | 26-1 944185 | x | x | x | | x | | | | x | x | |
| AHF-NC Affordable Housing, LP | 26-3086599 | | x | | x | x | | | x | x | x | |
| AHF NWTH Meridian, Inc. | 75-2837337 | | x | | x | x | x | x | | | | |
| AHF Park Plaza, Inc. | 75-2756143 | | x | | x | x | x | x | | | | |
| AHF Parkside Village, LLC | 75-2689554 | | x | x | | | | | | | | |
| AHF Park View Village, Inc. | 75-2766142 | | x | | x | x | x | x | | | | |
| AHF Plainview Residences, LLC | 20-0524087 | | x | x | | | | | | | | |
| AHF-PC II, Inc. | 20-4224650 | | x | | x | x | | | x | | | |
| AHF-PC II, Inc. | 26-3304613 | | x | x | | | | | | | | |
| AHF-RCL I, LLC | 20-8790843 | | x | x | | | | | | | | |
| AHF-RCL I, LLC | 20-8790878 | | x | x | | | | | | | | |
| AHF-RCL II, LLC | 20-8790914 | | x | x | | | | | | | | |
| AHF-RCL III, LLC | 20-8790914 | | x | x | | | | | | | | |
| AHF Rio Hondo Village Apartments, LLC | 26-0426030 | x | x | x | | | | | | | | |

38

| Entity | EIN Number | HUD Involvement | 100% AHF Owned | AHF Non-Profit | AHF For-Profit | AHF GP or Member | AHF Entity LIHTC GP | LIHTC Part. | Other Development Partnership | Net Active | To Be Dissolved 2009 | Valuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AHF Robinson Garden, Inc. | 75-2822434 | x | x | | x | | x | x | | | | |
| AHF Rural South Texas, LLC | 26-0420021 | | x | x | x | | x | x | | | | |
| AHF Rosemeade, Inc. | 48-1267924 | | x | | x | | x | x | | | | |
| AHF Santa Maria Village, Inc. | 75-2822435 | x | x | x | x | | x | x | | | | |
| AHF-SC, LLC | 26-1947808 | x | x | | x | | x | x | | | | |
| AHF-SC Affordable Housing, LP | 26-3127324 | | x | x | x | x | x | | x | x | x | |
| AHF Settlement at Gray Ranch, LLC | 26-2601280 | x | x | | x | x | x | | x | x | x | |
| AHF Southgate Village, Inc. | 75-2811751 | | x | x | x | | x | | x | x | x | |
| AHF South Texas Affordable Housing, LP | 26-0421030 | | x | | x | x | x | x | x | x | x | |
| AHF Stonebriar Village, Inc. | 75-2878478 | | x | | x | | x | x | | | | |
| AHF Sycamore Center Villas, LLC | 26-3576467 | | x | | x | | x | x | | x | x | |
| AHF-TN, LLC | 26-1944951 | x | x | x | x | | | | | x | x | |
| AHF-TN Affordable Housing, LP | 26-3066846 | | x | | x | x | x | | x | x | x | |
| AHF-TOB, Inc. | 20-4382524 | | x | | x | x | | | x | x | x | |
| AHF Urban, Inc. | 20-0282118 | | x | x | x | | | | | | | |
| AHF-VH Bllanal, Ltd | 26-4032948 | | x | | x | | x | x | | x | x | |
| AHF-VW, LLC | 26-1945076 | x | x | | x | | x | x | | x | x | |
| AHF-VW Affordable Housing, LP | 26-3127395 | | x | x | x | x | x | | x | x | x | |
| Allen Square, LLC | 26-1924461 | x | x | x | | | | | | | | |
| Allenwood, LLC | 26-1924572 | x | x | x | | | | | | | | |
| Alta Mesa Run, LLC | 26-1924652 | x | x | x | | | | | | | | |
| Alta Woodlands, LLC | 26-1924933 | x | x | x | | | | | | | | |
| Amarillo, Ltd | 20-4111578 | x | x | | x | x | x | | x | x | x | |
| Amarillo Affordable Housing, LLC | 75-2865802 | | x | x | x | x | x | | | x | x | |
| Amarillo Bel Aire Apartments, Ltd | 75-2612423 | x | x | | | x | x | x | | | | |
| Amarillo Glenwood Apartments, Ltd | 20-0138939 | | x | | x | x | x | x | | | | |
| Amarillo Green Acres, Ltd | 75-2815505 | | x | | x | x | x | | | | | |
| Amarillo Greentree Village, Ltd | 75-2709413 | | x | x | x | x | x | x | x | x | x | |
| Amarillo GT II, Ltd | 20-4227072 | | x | | x | x | | x | x | x | x | |
| Amarillo GW II, Ltd | 20-4227099 | | x | | x | x | | x | x | x | x | |
| Amarillo Midtown Village, Ltd | 20-8799432 | | x | | x | x | | | x | x | x | |
| Amarillo PC II, Ltd | 20-4227032 | | x | | x | x | x | x | x | x | x | |
| Alota Park Apartments, Ltd | 75-2453163 | | x | | x | x | x | x | | | | |
| Austin Fairway Village, Ltd | 75-2839941 | x | | | x | x | x | x | | x | x | |
| Austin Santa Maria Village, Ltd | 75-2839944 | x | | | x | x | x | x | | x | x | |
| AHCA/AHF Residential Partners | 48-1267859 | | x | x | x | | x | x | | | | |
| Bandywood Housing Cooperative | 75-2440367 | | | | x | | x | x | | | | |
| Bandywood Housing, Ltd | 75-2552668 | | | | x | | x | x | | | | |
| Bandywood Apartments, Inc. | 75-2768141 | | x | | x | | x | x | | | | |
| College Station Texas Southgate Village, Ltd | 75-2810979 | x | | | x | | x | x | | | | |
| Concierge American Housing, LLC | 26-3824030 | | | | x | | | | x | | | |
| DCTIRZ, LLC | 26-3120133 | | | | x | | | | x | | | |
| DHEQP, LLC | 20-0281 321 | | x | x | | | | | | | | |

American Housing Foundation

Schedule B

Exhibit A - Interests in Partnerships (Item 14)

AHF

AHF

# American Housing Foundation
## Schedule B
### Exhibit A - Interests in Partnerships (Item 14)

Desc    8

| Desc | EIN Number | HUD Involvement | 100% AHF Owned | Non-Profit | For-Profit | AHF AHF GP or Member | AHF AHF Entity LHTC GP | LHTC Part. | Other Development Partnership | Not Active | To Be Dissolved 2009 | Valuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Paso El Nido, Ltd | 20-5050054 | | x | | x | x | | | x | | |  |
| EIP CCU, LLC | 26-0659581 | | x | x | | | | | | x | x |  |
| EIP Charlotte JW, LLC | 20-1560440 | | x | x | x | | | | | x | x |  |
| FHF Arragant, Inc. | 20-4111629 | x | x | | x | | x | x | | | |  |
| First Amarillo Park Central Communities, Ltd | 75-2901772 | | x | | x | | x | x | | | |  |
| First Lubbock Development Corporation | 75-2903905 | | x | | x | | x | x | | | |  |
| GA Oakland City, LLC | 26-1925329 | x | x | x | | | | | | | |  |
| GA Vintage Crossing, LLC | 26-1945224 | x | x | x | | | | | | | |  |
| GA Westgate, LLC | 26-1925470 | x | x | x | | | | | | | |  |
| GA No. 1, Ltd | 24-4362190 | | x | | x | x | | | x | | |  |
| GA No. 2, Ltd | 24-4362222 | | x | | x | x | | | x | | |  |
| GA No. 3, Ltd | 20-8805624 | | | | x | x | | | x | | |  |
| HHH Ltd | 26-3912940 | | | | x | x | | | x | | |  |
| HH Apex, Ltd | 26-3907527 | | | 25000000 | | x | | | x | | |  |
| Wilderness Trail, LLC | 26-1937874 | x | | x | | | | | x | | |  |
| Goodland Plaza, LLC | 26-1937872 | x | | x | | | | | x | | |  |
| Good Terrace | 75-2764017 | x | | x | | | | | x | | |  |
| Educational Housing, LLC | 26-0388617 | | x | x | | | | | | | |  |
| for Texans Foundation, Inc. | 91-2132256 | | x | | x | | ??? | x | | | x |  |
| Management Housing Services, LLC | 26-3822995 | | x | x | | | | | | | x |  |
| Bedford, LLC | 26-1925904 | x | x | x | | | | | x | x | x |  |
| California Square I LLC | 26-1925995 | x | x | x | | | | | | x | |  |
| California Square II LLC | 26-1926053 | x | x | x | | | | | x | | |  |
| Harrington-Bell Plaza Development, Ltd | 20-2569290 | | | | x | x | | | x | | |  |
| LIHTC Community Development 1, Ltd | 20-5325513 | | | | x | x | | | x | | |  |
| LIHTC Community Development 2, Ltd | 26-0719084 | | | | x | x | | | x | | |  |
| LIHTC Community Development 3, Ltd | 26-0719127 | | | | x | x | | | x | | |  |
| LIHTC Community Development 4, Ltd | 26-0719165 | | | | x | x | | | x | | |  |
| LIHTC M2M Affordable Housing Portfolio, Ltd | 26-3304452 | | | | x | x | | | x | | |  |
| LIHTC Amarillo Gardens Development, Ltd | 20-2569258 | | | | x | x | | | x | | |  |
| LIHTC M2M NO 1, LP | 20-4391952 | | | | x | x | | | x | | |  |
| LIHTC M2M NO 2, LP | 20-4382119 | | | | x | x | | | x | | |  |
| LIHTC M2M NO 3, LP | 20-4382160 | | | | x | x | | | x | | |  |
| LIHTC River Falls - Three Fountains Development, Ltd | 20-6756005 | | | | x | x | | | x | | |  |
| LIHTC Walden II Development, Ltd | 20-0744198 | | | | x | x | | | x | x | |  |
| MS Decatur Meadows, LLC | 26-1938100 | x | x | x | | | | | | | |  |
| MS Delhaven Manor, LLC | 26-1938374 | x | | x | | | | | | | |  |
| MB Fieldcrest, LLC | 26-1938296 | x | x | x | | | | | | | |  |
| MB Pride Gardens, LLC | 26-1938447 | x | x | x | | | | | | | |  |
| MB Wilkes Towers, LLC | 26-1944230 | x | x | x | | | | | | | |  |
| NC Yadkin House, LLC | 26-1944289 | x | x | x | | x | x | x | | | |  |
| NWTH Meridian, Ltd | 75-2740167 | | | | x | x | x | x | | | |  |
| Park Place Apartments, Ltd | 73-1475001 | | | | | | | | | | |  |

American Housing Foundation

Schedule B

Exhibit A - Interests in Partnerships (Item 14)

AHF

AHF

# American Housing Foundation

## Schedule B

### Exhibit A - Interests in Partnerships (Item 14)

| Entity | EIN Number | HUD Involvement | 100% AHF Owned | Non-Profit | For-Profit | AHF GP or AHF Member (AHF Entity) | AHF LHTC GP | LHTC Part. | Other Development Partnership | Not Active | To Be Dissolved 2009 | Valuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oak View Village, LP | 75-2695268 | | | x | x | | x | x | | | | |
| Sun Creek Partners | 48-1287850 | | | | x | x | x | x | | | | |
| Residences at Shadow Hills, Ltd | 75-2873219 | | | | x | | x | x | x | | | |
| Rosemeade Apartment Development Company, Ltd | 48-1287857 | | | | x | | x | x | | | | |
| SO Child Hills, LLC | 26-1944515 | x | x | x | | | | | | | | |
| RS Kaimiloa, LLC | 26-1947893 | x | x | x | | | | | | | | |
| QA Swift Creek, LLC | 26-1947944 | x | x | x | | | | | | | | |
| Sea Greens Housing Cooperative | 75-2744279 | | x | | x | | x | x | | | | |
| Sea Greens Partnership, Ltd | 74-2715482 | | | | x | | x | x | | | | |
| Oxford Care Foundation, LLC | 20-3599214 | | | | | x | | | x | | | |
| Residences at Gray Ranch, LLC | 26-2602911 | | x | x | | | | | | | | |
| St. Georges Health Services, LLC | 75-2829533 | | x | x | | | x | x | | | | |
| Bluebonnet Village of Plainview, Ltd | 75-2815563 | | | | x | | x | x | | | | |
| Trainage Development Corporation | 75-2803907 | | x | | x | | x | x | | | | |
| OHFB, LLC | 20-0282137 | | x | | | | | | | | | |
| Laurelwood, LLC | 26-1945019 | | x | x | | | x | x | | x | x | |
| Waco Parkside Village, Ltd | 75-2835906 | x | x | | x | | x | x | | x | x | |
| Waco Robinson Garden, Ltd | 75-2835938 | x | | | x | x | x | x | | | | |
| WHI-BCAHF-AHF, LLC | 20-0467834 | | x | | x | | | | | x | | |
| Oakwood Apartments, Inc. | 75-1178704 | | x | x | x | | | | x | x | | |
| HGP, LLC | 20-0282065 | | x | | x | | | | | x | x | |
| Marela Highland Oaks, Ltd | 20-5501849 | | x | | x | x | | | x | x | x | |
| WLP FINKEL, LTD | 26-381-3063 | | | | x | x | | | x | | | |
| S2 TGB LTD | 20-4302246 | | | | | | | | | | | |
| Harbor Towers, LLC | 26-1 9451 76 | x | x | x | | | | | | x | x | |