Max R. Tarbox (TX 19639950)
2301 Broadway
Lubbock, Texas 79401
Telephone: (806) 686-4448

and

Stephen A. McCartin (TX 13374700)
Marcus A. Helt (TX 24052187)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: (214) 999-3000

**COUNSEL FOR WALTER
O'CHESKEY, TRUSTEE OF THE
AHF LIQUIDATING TRUST**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN HOUSING FOUNDATION | § | Case No.: 09-20232-11 |
| and AHF DEVELOPMENT, LTD. | § | Case No.: 09-20703-11 |
| | § | |
| Debtors. | § | Hearing: February 14, 2011, |
| | § | @ 10:00 a.m. |
| | § | |

## AHF LIQUIDATING TRUST WITNESS AND EXHIBIT LIST

Walter O'Cheskey, Trustee of the AHF Liquidating Trust (the "**Trustee**"), hereby files this *Witness & Exhibit List* for the hearing on the motion to substantively consolidate the above-captioned bankruptcy cases, which is scheduled for February 14, 2011.

## WITNESSES

The Trustee may call the following individuals to provide testimony:

1. Harry Potter

2. Alan Weiner

3. Walter O'Cheskey

4. Scott D. Rice

5. Billy Attebury

6. Ed Attebury

7. Any witness called or designated by any other party in interest

8. Any witness necessary to rebut the testimony of witnesses called or designated by any other party.

The Trustee reserves the right to supplement or amend this *Witness List* any time and to call other witnesses necessary for rebuttal or impeachment purposes.

# EXHIBITS

The Trustee may introduce the following exhibits:

| TAB | Description |
|---|---|
| 1. | AHF Development, Ltd. Partnership Agreement and Amendment |
| 2. | AHF Development, Ltd. Partnership Federal Tax Return, 2006 |
| 3. | Maurice Schooler Deposition Excerpt |
| 4. | Testimony from Michelle Abdoo on April 28, 2010 *in re AHF*, Case No. 09-20232, U.S. Bankruptcy Court, Northern District of Texas, Pages 9-10 |
| 5. | Chart Summarizing Gross Deposits and Transfers from the AHF Development, Ltd. bank account from 2004 to 2009 |
| 6. | Chart reflecting common flow of funds into and out of AHF Development, Ltd. bank account [Tracing of Horton Funds] |
| 7. | Chart reflecting Payee vs. Intended Actual Recipient of "Soft Money" Funds and copies of Checks |
| 8. | AHF Bankruptcy Claims Register (both voluntary and involuntary) |
| 9. | AHF Development, Ltd. Bankruptcy Claims Register |
| 10. | Proof of Claim for Terrill J. Horton, *In re AHF*, Case No. 202032, Bankruptcy Court, Northern District of Texas (Claim No. 81) |
| 11. | Chart Summarizing Mays Trusts $6.4 million Ranch Sale Proceeds as Included in AHF Development, Ltd A/R form AHF |
| 12. | Analysis of Unsecured Creditors claims filed against American Housing Foundation and AHF Development, Ltd. |
| 13. | AHF Petition Date vs. AHF Development, Ltd. Petition Date and "GAP Period" Transfers |
| 14. | AHF Development, Ltd. Transfers (i) within 90 days, (ii) 90 days to 1 year and (iii) 1 year to 2 years prior to AHF Bankruptcy Petition Date |
| 15. | AHF Development, Ltd. Summary of Transactions, June 2007 – June 2009. |
| 16. | Summary of Harry Potter Findings Regarding Substantive Consolidation Elements |
| 17. | AHFD Substantive Consolidation Harm vs. Benefit Analysis |
| 18. | Any exhibits designated or relied on by any other party-in-interest. |
| 19. | Any exhibits necessary for rebuttal. |

The Trustee reserves the right to amend this *Exhibit List* any time and to introduce other exhibits as may be necessary for impeachment purposes.

Respectfully submitted,

Max R. Tarbox (TX 19639950)
TARBOX LAW, P.C.
231 Broadway
Lubbock, Texas 79401
Phone: 806.686.4448
Fax: 806.368.9785

and

*/s/ Marcus A. Helt*
Stephen A. McCartin (TX 13374700)
Marcus A. Helt (TX 24052187)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: 214.999.3000
Facsimile: 214.999.4667

**COUNSEL FOR WALTER O'CHESKEY, TRUSTEE OF THE AHF LIQUIDATING TRUST**

## CERTIFICATE OF SERVICE

This is to certify that, according to the Court's ECF System, a true and correct copy of the foregoing Witness and Exhibit List was served electronically by the Court's PACER system on February 7, 2011.

*/s/ Marcus A. Helt*
Marcus A. Helt