U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

Signed June 14, 2011

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| American Housing Foundation, | § | Case No.: 09-20232-RLJ |
| | § | |
| Debtor. | § | |

### AGREED ORDER APPROVING STIPULATION TO CONTINUE HEARING ON OBJECTION TO BAC HOME LOAN SERVICING, LP'S SECURED CLAIMS AND MOTION TO DISTRIBUTE ESCROWED PROCEEDS FROM LAKEWOOD-TERRACE SALE

Based on the agreement reached by the Parties,[1] and memorialized in the Stipulation, this Court hereby ORDERS that:

1. The Stipulation is hereby APPROVED.

2. The terms of the Stipulation are incorporated herein as part of this Order.

3. The hearing on the Objection to BAC Home Loans Servicing, LP's Secured Claims and Motion to Distribute Escrowed Proceeds from Lakewood-Terrace

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the *Stipulation to Continue Hearing on Objection to BAC Home Loan Servicing, LP's Secured Claims and Motion to Distribute Escrowed Proceeds from Lakewood-Terrace Sale* [Docket No. 2707] (the "**Stipulation**").

**AGREED ORDER APPROVING STIPULATION TO CONTINUE HEARING ON
OBJECTION TO BAC HOME LOAN SERVICING, LP'S SECURED CLAIMS AND
MOTION TO DISTRIBUTE ESCROWED PROCEEDS FROM LAKEWOOD-TERRACE SALE – PAGE 1**

DALLAS 2240402v.1

Sale filed by Trustee and all related pleadings will be held on July 14, 2011 at 1:30 p.m. at Room 100, 624 S. Polk St., Amarillo, Texas.

### ### END OF ORDER ###

Agreed to and Submitted by:

*/s/ Marcus A. Helt*
Stephen A. McCartin (TX 13374700)
Marcus A. Helt (TX 24052187)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas  75201-4761
Telephone:  214.999.3000
Facsimile:  214.999.4667
smccartin@gardere.com
mhelt@gardere.com

**COUNSEL FOR WALTER O'CHESKEY,
TRUSTEE OF THE AHF LIQUIDATING TRUST**

*/s/ Thomas M. Corea*
THOMAS M. COREA, ESQ. (24037906)
Local Counsel
The Corea Firm, PLLC
Renaissance Tower
1201 Elm Street, Suite 4150
Dallas, Texas 75270
(214) 953-3900
(214) 953-3901 fax
tcorea@corealaw.com

Prober & Raphael, A Law Corporation
Attorneys for Secured Creditor
PO Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100

**COUNSEL FOR BAC HOME LOANS SERVICING, LP**

**AGREED ORDER APPROVING STIPULATION TO CONTINUE HEARING ON
OBJECTION TO BAC HOME LOAN SERVICING, LP'S SECURED CLAIMS AND
MOTION TO DISTRIBUTE ESCROWED PROCEEDS FROM LAKEWOOD-TERRACE SALE – PAGE 2**

DALLAS 2240402v.1