U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed June 15, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| American Housing Foundation, | § | Case No. 09-20232-rlj-11 |
| | § | |
| Debtor. | § | |

### ORDER ON TRUSTEE'S OBJECTION TO CLAIM OF XCEL ENERGY

On this day came to be considered the Objection of Walter O'Cheskey, Chapter 11 Liquidating Trustee of the above-captioned bankruptcy case, to the claim of Xcel Energy and the Court having considered the claim and the objection, and noting that the claimant did not file a response to the Trustee's objection, and having found that the objection is valid and meritorious and should be sustained, it is therefore

**ORDERED** that the claim of Xcel Energy is hereby disallowed in full for purposes of a distribution to holders of allowed claims against the bankruptcy estate.

### end of order ###